

ORIGINAL

1  **MILSTEIN ADELMAN LLP**
Gillian L. Wade, SBN 229124
2  *gwade@milsteinadelman.com*
M. Isaac Miller, SBN 266459
3  *imiller@milsteinadelman.com*
2800 Donald Douglas Loop North
4  Santa Monica, California 90405
Telephone:  310-396-9600
5  Facsimile:  310-396-9635

6  **BESHADA FARNESE LLP**
Peter J. Farnese (SBN 251204)
7  *pjf@beshadafarneselaw.com*
1999 Avenue of the Stars, Suite 1100
8  Los Angeles, CA  90067
Telephone:  310-356-4668
9  Facsimile:  310-356-4601

10  Attorneys for Plaintiff and the Proposed Class

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  JAMES KELLER, individually and on        CASE NO.  CV10-9927 GAF (SHx)
behalf of all others similarly situated,
15                                           **CLASS ACTION**
            Plaintiffs,
16                                           **FIRST AMENDED COMPLAINT**
        v.
17                                           1.  VIOLATION OF CALIFORNIA
GASPARI NUTRITION, INC., a New               BUSINESS & PROFESSIONS CODE
18  Jersey Corporation, and DOES 1           SECTION 17200 ET SEQ.
through 100, inclusive,
19                                           2.  VIOLATION OF CALIFORNIA
            Defendants.                      BUSINESS & PROFESSIONS CODE
20                                           SECTION 17500 ET SEQ.

21                                           3.  VIOLATION OF CALIFORNIA
                                             CIVIL CODE SECTION 1750 ET SEQ.
22

23                                           4.  FRAUD

24                                           **JURY TRIAL DEMANDED**

25                                           Removed:        December 27, 2010
                                             Disc. Cut-Off:  Not Set
26                                           Motion Cut-Off:  Not Set
                                             Trial Date:     Not Set
27

28
                                                          CASE NO. CV10-9927 GAF (SHX)

                        FIRST AMENDED COMPLAINT

1    Plaintiff James Keller ("Keller" or "Plaintiff"), individually and on behalf of

2   all others similarly situated (sometimes collectively referred to herein as "Plaintiffs"),

3   hereby complains against Defendants Gaspari Nutrition, Inc. ("Gaspari"),  and Does

4   1-100 (sometimes collectively referred to herein as "Defendants" or "Gaspari") for

5   unlawful, unfair, and deceptive business practices in violation of California Business

6   & Professions Code Section 17200 et seq., California Business & Professions Code

7   Section 17500 et seq., California Civil Code Section 1750, et seq., and the common

8   law.

9

10                                   **JURISDICTION**

11       1.       Pursuant to its December 27, 2010 Notice of Removal [Docket No. 1]

12   Defendant Gaspari contends that this Court has subject matter jurisdiction pursuant

13   to the Class Action Fairness Act ("CAFA"), codified in part 28 U.S.C. §§ 1332(d)

14   and 1453.  Gaspari contends that jurisdiction under CAFA is met because: (1) the

15   proposed number of putative class members exceeds 100; (2) at least one plaintiff

16   and one defendant are citizens of different states; and (3) the aggregate amount in

17   controversy exceeds $5 million. 28 U.S.C. § 1332(d)(2).

18       2.       On January 26, 2011, Plaintiff filed a Motion to Remand this action to

19   Los Angeles Superior Court [Docket No. 7], arguing that Defendant Gaspari

20   improperly removed this action and did not establish by a preponderance of the

21   evidence that the aggregate amount in controversy exceeds $5 million. The motion

22   is set for hearing on March 7, 2011.

23

24                                       **VENUE**

25       3.       Venue is proper in this Court pursuant to 28 U.S.C.  § 1391(a)(2)

26   because events giving rise to the claims, including, *inter alia*, Gaspari's deceptive

27   and misleading advertising and marketing, occurred and arose in this District.

28

## STATEMENT OF FACTS

4.     This is a class action for restitution, injunctive, and related equitable relief against Defendants related to false and misleading advertising in violation of Business & Professions Code Section 17200, et seq., and Business & Professions Code Section 17500, et seq., Civil Code Section 1750, et seq. and unlawful business practices in violation Health & Safety Code §§ 110660, 111330, 110290, 110398, 111445, 110770 and 111450, and the common law.

5.     Gaspari is a marketing company that sells a variety of purported sports nutrition products to consumers.  One of Gaspari's top-selling products is "Novedex XT".  Gaspari claims that Novedex XT is a "dietary supplement," conveying the message that it is "natural" and does not include any synthetic, "non-dietary" ingredients.  The label of each bottle Novedex XT prominently states that each product is a "Dietary Supplement."  See Exhibit "A". Unfortunately for consumers, Novedex XT actually contains an illegal, non-dietary ingredient (known as ATD) in violation of the California law.

6.     Gaspari's establishment and efficacy claims for Novedex XT are not supported by competent and reliable scientific evidence.  Put simply, Novedex XT is a bottle of broken promises to consumers.

### A.     Gaspari's Advertising For Novedex XT

7.     Novedex XT is part of the "Testosterone Booster" category of sports nutritional supplements (one of many categories of products in the multi-billion sports nutrition industry).  Using its expert knowledge of the consumer market for sports nutrition products, Gaspari designed a targeted advertising campaign for Novedex XT utilizing claims that Gaspari knows are material to consumers.

8.     In the Novedex XT advertising, Gaspari makes a series of claims that Novedex XT will affect the structure and function of the human body. Specifically, Gaspari claims that Novedex XT is "the most effective natural vehicle to trigger a

1  potent anabolic response in order to gain lean mass, strength and endurance, help

2  reduce body fat, and increase sexual performance and libido." See Exhibit "B".

3      9.    Gaspari differentiated Novedex XT from other products on the market

4  through Gaspari several core claims. Namely, Gaspari claimed that Novedex XT:

5  1) was backed with the "gold standard" substantiation, namely three "independent"

6  clinical trials, including a "landmark clinical trial" at Baylor University; 2)

7  Novedex XT is a "dietary supplement" containing natural ingredients; and 3)

8  Novedex XT is proven safe.  Gaspari has an expert knowledge of the consumer

9  market and knows that they claims are material to the reasonable consumer.

10      10.    In addition to those differentiation claims, Gaspari has claimed that

11  Novedex XT:  1) significantly increases testosterone, 2) allowed consumers to gain

12  lean mass, 3) increased strength and endurance, 4) helped reduce body fat, 5)

13  increased sexual performance and libido; and 6) was clinically proven to increase

14  testosterone by an average of 600%. *See* Exhibit B and C.

15      11.    The key claim for Gaspari was that Novedex XT contained "natural"

16  ingredients. Since Novedex XT's introduction, Gaspari has claimed Novedex XT:

17  1) is a "natural vehicle" to boost testosterone; 2) contains "naturally occurring anti-

18  aromatase inhibiting compounds"; 3) "naturally cause[s] a positive anabolic effect";

19  and 4) is a "legal product" (*see* Rich Gaspari Novedex XT internet commercial,

20  accessible at: http://www26.netrition.com/gaspari_novedex_xt.html).

21      12.    Gaspari launched Novedex XT with the following express claim

22  (during the class period):

23
24      The active ingredients in Novedex XT™ have been conclusively
    shown to be inherently 100% non-anabolic and 100% non-androgenic

25      by nature - **the active ingredients are naturally occurring and are
    found in normal foodstuffs. Novedex XT™ is in full compliance in**

26      **accordance with the United States 1995 DSHEA Act regarding**

27      **food supplements.**

28

1   *See*

2   http://web.archive.org/web/20060614183731/gasparinutrition.com/products/anaboli

3   cs/novedx_xt.asp (December 2006 Gaspari Webpage)(emphasis added). *See* Exhibit

4   C.

6   **B.     The U.S. Food & Drug Administration ("FDA") Determines That**

7   **3,17-keto-etiocholetriene Not a Dietary Ingredient And Cannot Be**

8   **Sold As a Dietary Supplement.**

9        13.     The FDA has determined that 3,17-keto-etiocholetriene, commonly

10  known as "ATD," is an aromatase inhibitor, and the FDA is unaware of evidence

11  that ATD occurs naturally in vivo in humans or animals. *See* Exhibit D.

12       14.     As such, the FDA states that ATD is not a vitamin, mineral, amino

13  acid, herb or other botanical, or dietary substance for use by man to supplement the

14  diet by increasing the total dietary intake. Further, ATD is not a concentrate,

15  metabolite, constituent, extract or combination of any dietary ingredient. Therefore,

16  ATD is not a dietary ingredient as defined in section 201 (ff)(1) of the Food, Drug

17  & Cosmetic Act, 21 U.S.C. § 321(ff)(1). *See* Exhibit D.

18       15.     ATD is a potent, irreversible aromatase inhibitor ("AI") that inhibits

19  estrogen biosynthesis by permanently binding and inactivating aromatase in

20  adipose and peripheral tissue. It is used to control estrogen synthesis.

21       16.     AI's are a class of drugs used in the treatment of breast cancer and

22  ovarian cancer in postmenopausal women.   Aromatase is an enzyme that

23  synthesizes estrogen. Aromatase inhibitors block the synthesis of estrogen and

24  thereby lower estrogen levels.  AI's are marketed by Gaspari and other companies

25  in the sports nutrition industry with claims that they support an anabolic

26  environment by decreasing estrogen and increasing testosterone levels.

27

28

- 4 -                      CASE NO. CV10-9927 GAF (SHX)

FIRST AMENDED COMPLAINT

**C.    Gaspari's Claims that Novedex XT Is "Natural" And a Dietary Supplement Are False.**

17.    Following the FDA's determination, FDA sent warning letters to several companies selling products containing 3,17-keto-etiocholetriene.    *See* Exhibit D.

18.    As a result, several companies began announcing voluntary recalls of the products containing 3,17-keto-etiocholetriene beginning in January 2010. *See* Exhibit E.

19.    On October 7, 2010 Gaspari, issued a press release stating that 3,17-keto-etiocholetriene "does not meet the definition of a dietary ingredient." See Exhibit "F" (October 7, 2010 FDA Press Release). [1]

20.    In the press release, Gaspari, despite previously advertising that Novedex XT is "safe", warned consumers that 3,17-keto-etiocholetriene is associated with several potential adverse events as follows:

    a.  decreased rate of bone maturation and growth;

    b.  decreased sperm production;

    c.  infertility;

    d.  aggressive behavior;

    e.  adrenal insufficiency;

    f.  kidney failure; and

    g.  liver dysfunction.

21.    In addition Gaspari states that "Consumers with liver, kidney, adrenal, or prostate abnormalities are at higher risk for developing adverse events." See Exhibit F.

22.    Despite its knowledge that Novedex XT contains a non-dietary ingredient (i.e. an undeclared drug), Gaspari, throughout the class period, continued

---

[1]    This is not the first time Gaspari has included an illegal ingredient in one of its products. The Washington Post reported that Gaspari's Haladrol-50 product contained a steroid. *See* Exhibit G.

CASE NO. CV10-9927 GAF (SHX)

FIRST AMENDED COMPLAINT

1    to, among other things:

2            a.    Falsely label and advertise Novedex XT as a "dietary

3    supplement" that contains only natural ingredients;

4            b.    Fail to warn consumers about the potential side effects of 3, 17-

5    keto-etiochol-triene; and,

6            c.    Knowingly withhold material information from consumers,

7    including the fact that Novedex XT contains a drug.

8

9    **D.    Gaspari's Efficacy And Establishment Claims Are Not Supported**

10        **By Competent and Reliable Scientific Evidence.**

11        23.    Despite Gaspari's efficacy and establishment claims, Novedex XT is

12   not backed by three clinical studies.  One of the studies Gaspari relies on cannot be

13   described as a "clinical study" because it a "pilot study" on five men which was not

14   blinded or controlled. *See* Exhibit H.

15        24.    The primary study Gaspari uses to support its claims for Novedex XT

16   is a study conducted at Baylor University ("the Baylor Study"). *See* Exhibit I.  That

17   study, however, was neither well designed, nor well-conducted, such that its results

18   are not statistically significant.

19        25.    The Baylor Study did not test whether Novedex XT resulted in

20   increased strength and endurance, or sexual performance and libido. *See* Baylor

21   Study at p. 96 ("subjective analysis of the physical activity evaluations revealed that

22   none of the participants had any noticeable changes in their level of physical

23   activity over the course of the 11 wk"), and p. 106("in the present study we did not

24   determine muscle strength or mass").  In addition, the Baylor Study states that the

25   in the Novedex XT group, researchers "failed to detect significant increases in fat-

26   free mass," and, as such, Gaspari's claim that Novedex XT can lead to "gains in

27   lean mass" is not substantiated by the Baylor Study. *See* Exhibit H.

28

1    26.    In addition, both the Baylor Study and the pilot study were funded by

2    Gaspari--- thus Gaspari's claims that the studies were "independent" are false and

3    misleading.

4                                    **THE PARTIES**

5    27.    Plaintiff Keller is, and at all times relevant hereto was, an individual

6    residing in the State of California.    Plaintiff is fitness and weight-training

7    enthusiast.  Plaintiff purchased Novedex XT in or about August 2010 in California.

8    In doing so, Plaintiff relied upon the Novedex XT advertising, product box, and

9    label, and, specifically, its claim that Novedex XT was a "dietary supplement."

10   Plaintiff reasonably believed, based on the contents of the label and the Novedex

11   XT advertising, that Novedex XT: was an all-natural dietary supplement that did

12   not contain any synthetic ingredients, synthetic products, "non-dietary" ingredients,

13   or drugs and thus, consistent with internet advertising and labels viewed by

14   Plaintiff, did not have any negative side effects.  Plaintiff Keller used Novedex XT

15   as directed in connection with his diet and exercise regimen.  Plaintiff would not

16   have purchased Novedex XT if Plaintiff knew that Novedex XT contained non-

17   dietary ingredients, which were not naturally-occurring, was not DSHEA-

18   compliant, and was not clinically proven.

19   28.    Plaintiff is informed and believes that Defendant Gaspari Nutrition,

20   Inc. ("Gaspari") is a New Jersey corporation with its principal place of business at

21   575 Prospect Street, Suite 230, Lakewood, New Jersey 08701.   Gaspari is the

22   owner and distributor of Novedex XT, and is the company that created and/or

23   authorized the false, misleading and deceptive packaging and advertisements for

24   Novedex XT.

25   29.    The true names and capacities, whether individual, corporate, associate

26   or otherwise of certain manufacturers, distributors and/or their alter egos sued

27   herein as DOES 1 through 100 inclusive are presently unknown to Plaintiff who

28   therefore sues these Defendants by fictitious names.  Plaintiff will seek leave of this

1 Court to amend the Complaint to show their true names and capacities when the
2 same have been ascertained. Plaintiff is informed and believes and based thereon
3 alleges that DOES 1 through 100 were authorized to do and did business in
4 California. Plaintiff is further informed and believes and based thereon alleges that
5 DOES 1 through 100 were and/or are, in some manner or way, responsible for and
6 liable to Plaintiffs for the events, happenings, and damages hereinafter set forth
7 below.

8     30.    Plaintiff is informed and believes and based thereon alleges that at all
9 times relevant herein each of the Defendants was the agent, servant, employee,
10 subsidiary, affiliate, partner, assignee, successor-in-interest, alter ego or other
11 representative of each of the remaining Defendants and was acting in such capacity
12 in doing the things herein complained of and alleged.

13     31.    In committing the wrongful acts alleged herein, Defendants planned
14 and participated in and furthered a common scheme by means of false, misleading,
15 deceptive and fraudulent representations to induce members of the public to
16 purchase the Novedex XT.    Defendants participated in the making of such
17 representations in that each did disseminate or cause to be disseminated said
18 misrepresentations.

19     32.    Defendants, upon becoming involved with the manufacture,
20 advertising, and sale of Novedex XT knew or should have known that the claims
21 about Novedex XT were false, deceptive and misleading.  Indeed, since the first
22 time that Novedex XT were advertised, Defendants, individually and/or
23 collectively, have been aware that (i) their representations that Novedex XT were
24 "dietary supplements" that contained were false, (ii) their representations as to the
25 efficacy of Novedex XT were not supported by competent and reliable scientific
26 evidence, and (iii) the disclaimers, warnings and explanations about the product
27 failed to contain material information relevant to California consumers (such as, for
28 example, the product contains an ingredient associated with adverse events such as:

1  decreased rate of bone maturation and growth, decreased sperm production,
2  infertility, aggressive behavior, adrenal insufficiency, kidney failure, and liver
3  dysfunction). In doing so, Defendants affirmatively (i) misrepresented the contents
4  of Novedex XT and (ii) withheld and misrepresented critical information about the
5  Novedex XT, in order to convince the public to purchase and use Novedex XT,
6  resulting in profits to Defendants, all to the damage and detriment of the consuming
7  public.

8      33.    Thus, in addition to the wrongful conduct herein alleged as giving rise
9  to primary liability, Defendants further aided and abetted and knowingly assisted
10 each other in breach of their respective duties and obligations as herein alleged.

11                    **CLASS ACTION ALLEGATIONS**

12     34.    Plaintiff brings this lawsuit on behalf of herself and the proposed
13 plaintiff Class members under Federal Rule of Civil Procedure 23(b)(2) and (b)(3).

14     35.    The proposed Class is defined as:

15         All persons residing in the California who purchased Novadex XT for
16         personal use and not for resale during the time period November 2,
           2006 through the present. Excluded from the Class are Defendants'
17         officers, directors, and employees, and any individual who received
18         remuneration from the Defendants to act as an endorser of Novedex
19         XT.

20     36.    The Class comprises thousands of consumers throughout California.
21 The Class are so numerous that joinder of all members of the Class is impracticable.
22 All of the dispositive questions of law and fact are common to the Class. The
23 common questions include:

24         a. whether Defendants claimed on Novedex XT' packaging, label, and
25            advertising that Novedex XT was a "dietary supplement" that does not
26            contain any "non-dietary" ingredients or drugs;

27

28
                              - 9 -                    CASE NO. CV10-9927 GAF (SHX)
                         FIRST AMENDED COMPLAINT

b. whether the Novedex XT does, in fact, contain the "non dietary" ingredient, 3, 17-keto-etiochol-triene;

c. whether Defendants failed to disclose to consumers the side effects associated with taking Novedex XT;

d. whether Defendants' efficacy claims for Novedex XT are supported by competent and reliable scientific evidence;

e. whether the claims discussed above are untrue, or are misleading, or reasonably likely to deceive;

f. whether Defendants' conduct is fraudulent and/or violates public policy;

g. whether Defendants' engaged in unfair, unlawful and/or fraudulent business practices in labeling, marketing and distributing Novedex XT;

h. whether Novedex XT is mislabeled, adulterated, and in violation of California Health & Safety Code;

i. whether Defendants' knew or should have known that the representations were false;

j. whether Defendants engaged in false advertising with respect to Novedex XT;

k. whether Defendants' knowingly concealed material facts for the purpose of inducing unwary consumers into spending money on Novedex XT;

l. whether Defendants' representations, concealments and non-disclosures concerning Novedex XT are likely to deceive the consumer;

m. whether Defendants' representations, concealments and non-disclosures concerning Novedex XT violate the CLRA, FAL and/or the UCL;

CASE NO. CV10-9927 GAF (SHX)

n. whether Defendants should be permanently enjoined from making the claims at issue;

o. whether Defendants have been unjustly enriched and,

p. whether Plaintiffs and the Class are entitled to restitution and damages.

37. Plaintiff's claims are typical of the proposed Class, and Plaintiff will fairly and adequately represent and protect the interests of the proposed Class. Plaintiff does not have any interests which are antagonistic to those of the proposed Class. Plaintiff has retained counsel competent and experienced in the prosecution of this type of litigation. The questions of law and fact common to the Class members, some of which are set out above, predominate over any questions affecting only individual Class members.

38. A class action is the superior method for the fair and just adjudication of this controversy. The expense and burden of individual suits makes it impossible and impracticable for members of the proposed Class to prosecute their claims individually.

39. The trial and litigation of Plaintiff's and the proposed Class's claims are manageable. Indeed, one District Court for the Central District has already determined that alleged false claims regarding a dietary supplement ingredient are amenable to class treatment. See Rivera v. Bio-Engineered Supplements & Nutrition, Inc. 2008 WL 4906433 (C.D. Cal. Nov. 2008) (certifying a nationwide injunctive relief class under 23(b)(2) and state-wide class under 23(b)(3))

40. Defendants have acted and refused to act on grounds generally applicable to the Class, making appropriate final injunctive relief and declaratory relief with respect to the Class as a whole.

41. Unless an injunction is issued, Defendants will continue to commit the violations alleged herein, and the members of the proposed Class and the general public will continue to be misled.

42.     If necessary, notice of this action may be affected to the proposed class in a manner provided in the Federal Rules of Civil Procedure, through publication, and for certain class members, direct notice may be achieved through contact information from customer lists, which, on information and belief, are maintained by Defendants.

## FIRST CAUSE OF ACTION

## UNLAWFUL BUSINESS PRACTICES, IN VIOLATION OF

## CAL. BUS. & PROF. C. §§ 17200, *et seq.*

## (Violations of California Health & Safety Code, FAL, and CLRA)

### (By Plaintiff and the Class against Defendants)

43.     Plaintiff repeats and realleges the allegations set forth above, and incorporates the same as if set forth herein at length.

44.     This cause of action is brought pursuant to the California Health & Safety Code and Business & Professions Code on behalf of the Class defined above.

45.     On the label of Novedex XT, Defendants claim that Novedex XT is a "dietary supplement" that contains no synthetic ingredients, pharmaceuticals, or drugs (but only natural, dietary ingredients), as set forth above.

46.     Novedex XT does, in fact, contain a synthetic, "non-dietary" ingredient – 3, 17-keto-etiochol-triene.

47.     The labels of Novedex XT fail to disclose that (i) Novedex XT contains a synthetic, non-dietary ingredient, 3, 17-keto-etiochol-triene; (ii) 3,17-keto-etiocholetriene is a non-dietary ingredient that affects the structure and function of the body (i.e. a drug). Each of those omitted facts are material in light of other representations made and/or suggested on the label, including, without limitation, Gaspari's label claim that Novedex XT are "dietary supplements" containing only natural ingredients.

48.     Defendants' failure to reveal those material facts on the labels of

- 12 -

1    Novedex XT is a violation of sections 110290 and 110390 *et seq.* of the California
2    Health and Safety Code.

3        49.    Novedex XT is misbranded because its labeling does not conform
4    with the requirements for nutrition labeling as required by Health & Safety Code
5    §§110665 and 110705, which govern Gaspari's conduct.

6        50.    Novedex XT is unlawfully labeled in violation of California law, as
7    the labeling suggests that the product is safe and effective for its intended use
8    when such evidence has not been established.

9        51.    In addition, Gaspari does not possess competent and reliable scientific
10   evidence to support its efficacy claims for Novedex XT.

11       52.    As a result of Gaspari's unlawful business practices, Plaintiff and the
12   Class have suffered loss of money or property.  Indeed, Plaintiffs purchased
13   Novedex XT because it was advertised as a "dietary supplement" with no "non-
14   dietary" ingredients.  Plaintiff would not have purchased Novedex XT if he knew,
15   among other things, that (i) Novedex XT contained a synthetic, non-dietary
16   ingredient, (ii) Novedex XT did not contain naturally-occurring ingredients, (iii) the
17   potential side effects of 3, 17-keto-etiochol-triene, (iv) and that Gaspari's efficacy
18   claims for Novedex XT are not supported by competent and reliable scientific
19   evidence.

20       53.    Plaintiff's claims are common and typical of all class members.
21   Indeed, the sole question for decision, in each and every class member's individual
22   case, is whether Defendants' labeling of Novedex XT violates Cal. Health & Saf. C.
23   (and, as such, is a per se violation of the Unfair Competition Law, Cal. Bus. Prof.
24   C. § 17200).

25       54.    Pursuant to sections 17203 and 17535 of the California Business &
26   Professions Code, Plaintiff and the members of the Class seek an order of this
27   Court enjoining Defendants from continuing to violate the Health & Safety Code
28   by, among other things, failing to reveal material facts about Novedex XT (as set

- 13 -

forth above) and mislabeling its products. Likewise, Plaintiff and the members of the Class seek an order requiring Defendants to disclose such material facts, and additionally request an order awarding Plaintiff restitution of the money wrongfully acquired by Defendants as a result of Defendants' unlawful business practices.

55. The utility of Gaspari's actions with regard to the labeling, marketing, advertising and promoting of its Products described in detail above and incorporated herein is negligible, if any, when weighed against the extent of harm to the general public, Plaintiff and Class members.

56. The harmful impact upon members of the general public and the Class who were and are misled by Defendants' acts far outweighs any reasons or justifications by Gaspari in not disclosing the truth about their Products in their labeling, advertising, marketing and promotion of Novedex XT.

57. Gaspari had an improper motive in the conduct of their labeling, marketing, advertising and promoting of Novedex XT, as described in detail above, in that it participated in an effort to maximize profits by defrauding the general public, including members of the Class.

58. The utilization of these unlawful business practices were and are under the sole control of Gaspari, and was deceptively hidden from members of the general public and members of the Class.

59. Plaintiffs and members of the Class and general public may be irreparably harmed and/or denied an effective and complete remedy if Defendants are not enjoined from their conduct, described herein. The unlawful and deceptive acts and practices of Defendants, as described herein, present a serious, ongoing and future threat to Plaintiffs and members of the general public.

60. As a purchaser and consumer of Novedex XT, and as a member of the general public in California who has been injured by Gaspari's unlawful business practices, Plaintiff is entitled to, and does bring, this class action seeking all

1  available remedies under the UCL, including injunctive relief, restitution and

2  attorneys' fees and costs.

3       61.    Plaintiff's claims are common and typical of all class members.

4  Indeed, the predominant question for decision, in each and every class member's

5  individual case, is whether Defendants' marketing of Novedex XT violates Cal.

6  Health & Saf. C. §§ 111330, et seq , Cal. Health & Saf. C. §§ 11000, et seq., Cal.

7  Bus. & Prof. C. §§ 17500, et seq., Cal. Civ. C. 1750, et seq. and the common law

8  (and, as such, is a *per se* violation of the Unfair Competition Law, Cal. Bus. Prof.

9  C. § 17200).

10                       **SECOND CAUSE OF ACTION**

11      **UNFAIR BUSINESS PRACTICES, IN VIOLATION OF**

12    **CAL. BUS. & PROF. C. §§ 17200, *et seq.* (Unfair Competition Act)**

13         **(By Plaintiff and the Class Against Defendants)**

14       62.    Plaintiff repeats and realleges the allegations set forth above, and

15  incorporates the same as if set forth herein at length.

16       63.    This cause of action is brought pursuant to the California Business &

17  Professions Code, on behalf of the Class defined above.

18       64.    On the label of Novedex XT, Defendants claim that Novedex XT is a

19  "dietary supplement" that contains no synthetic ingredients, pharmaceuticals, or

20  drugs (but only natural, dietary ingredients), as set forth above.

21       65.    Novedex XT doe, in fact, contain a synthetic, "non-dietary"

22  ingredient – 3, 17-keto-etiochol-triene.

23       66.    The labels of Novedex XT fail to disclose that (i) Novedex XT

24  contains a synthetic, non-dietary ingredient, 3, 17-keto-etiochol-triene; (ii) 3,17-

25  keto-etiocholetrieneis a non-dietary ingredient that affects the structure and

26  function of the body (i.e. a drug). Each of those omitted facts are material in light

27  of other representations made and/or suggested on the label, including, without

28  limitation, Gaspari's label claim that Novedex XT are "dietary supplements"

                           - 15 -        CASE NO. CV10-9927 GAF (SHX)

1    containing only natural ingredients.

2        67.    Defendants' failure to reveal those material facts on the labels of

3    Novedex XT is a violation of California law.

4        68.    As a result of Gaspari's unlawful business practices, Plaintiff and the

5    Class have suffered loss of money or property.  Indeed, Plaintiffs purchased

6    Novedex XT because it was advertised as a "dietary supplement" with no synthetic,

7    "non-dietary" ingredients.  Plaintiffs would not have purchased Novedex XT if they

8    knew, among other things, that (i) Novedex XT contained a synthetic, non-dietary

9    ingredient, (ii) Novedex XT was not all natural, (iii) and the potential side effects of

10   3, 17-keto-etiochol-triene.

11       69.    Pursuant to sections 17203 and 17535 of the California Business &

12   Professions Code, Plaintiff and the members of the Class seek an order of this

13   Court enjoining Defendants from continuing to violate California law by, among

14   other things, failing to reveal material facts about Novedex XT (as set forth above)

15   and mislabeling its products.  Likewise, Plaintiff and the members of the Class

16   seek an order requiring Defendants to disclose such material facts, and additionally

17   request an order awarding Plaintiff and the Class restitution of the money

18   wrongfully acquired by Defendants as a result of Defendants' unconscionable

19   business practices.

20       70.    The utility of Gaspari's actions with regard to the labeling, marketing,

21   advertising and promoting of Novedex XT described in detail above and

22   incorporated herein is negligible, if any, when weighed against the extent of harm

23   to the general public, Plaintiff and Class members.

24       71.    The harmful impact upon members of the general public and the Class

25   who were and are misled by Defendants' acts far outweighs any reasons or

26   justifications by Gaspari in not disclosing the truth about Novedex XT in their

27   labeling, advertising, marketing and promotion of Novedex XT.

28

72.     Gaspari had an improper motive in the conduct of their labeling, marketing, advertising and promoting of Novedex XT, as described in detail above, in that it participated in an effort to maximize profits by defrauding the general public, including members of the Class.

73.     The utilization of these unfair business practices were and are under the sole control of Gaspari, and was deceptively hidden from members of the general public and members of the Class.

74.     Plaintiff and members of the Class and general public may be irreparably harmed and/or denied an effective and complete remedy if Defendants are not enjoined from their conduct, described herein. The unlawful, unfair, and deceptive acts and practices of Defendants, as described herein, present a serious, ongoing and future threat to Plaintiffs and members of the general public.

75.     As a purchasers and consumers of Novedex XT, and as members of the general public in California who have been injured by Gaspari's unfair business practices, Plaintiff and the Class are entitled to, and do bring, this class action seeking all available remedies under the UCL, including injunctive relief, restitution and attorneys' fees and costs.

76.     Plaintiff's claims are common and typical of all class members. Indeed, the sole question for decision, in each and every class member's individual case, is whether Defendants' marketing of Novedex XT violates Cal. Health & Saf. C. §§ 111330, et seq , Cal. Health & Saf. C. §§ 11000, et seq., Cal. Bus. & Prof. C. §§ 17500, et seq., Cal. Civ. C. 1750, et seq. and the common law (and, as such, is a *per se* violation of the Unfair Competition Law, Cal. Bus. Prof. C. § 17200).

## THIRD CAUSE OF ACTION

## FRAUDULENT BUSINESS PRACTICES, IN VIOLATION OF

## CAL. BUS. & PROF. C. §§ 17200, *et seq.* (Unfair Competition Act)

### (By Plaintiff and the Class Against Defendants)

77.     Plaintiff repeats and realleges the allegations set forth above, and

- 17 -

1    incorporates the same as if set forth herein at length.

2        78.    This cause of action is brought pursuant to the California <u>Business &</u>

3    <u>Professions Code</u>, on behalf of the Class defined above.

4        79.    On the label of Novedex XT, Defendants claim that Novedex XT is a

5    "dietary supplement" that contains no synthetic ingredients, pharmaceuticals, or

6    drugs (but only natural, dietary ingredients), as set forth above.

7        80.    Novedex XT does, in fact, contain a synthetic, "non-dietary"

8    ingredient – 3, 17-keto-etiochol-triene.

9        81.    The labels of Novedex XT fail to disclose that 3,17-keto-

10   etiocholetriene is a non-dietary ingredient that affects the structure and function of

11   the body. In other words, 3,17-keto-etiocholetriene is a drug. These omitted facts

12   are material in light of other representations made and/or suggested on the label,

13   including, without limitation, Gaspari's label claim that Novedex XT are "dietary

14   supplements" containing only natural ingredients.

15       82.    Defendants' failure to reveal those material facts on the labels of

16   Novedex XT is a violation of California law.

17       83.    As a result of Gaspari's unlawful, unfair, and fraudulent business

18   practices, Plaintiff and the Class have suffered injury in fact and loss of money or

19   property. Indeed, Plaintiff purchased Novedex XT because it was advertised as a

20   "dietary supplement" with no synthetic, "non-dietary" ingredients, or drugs.

21   Plaintiff would not have purchased Novedex XT if Plaintiff knew, among other

22   things, that (i) Novedex XT contained a synthetic, non-dietary ingredient, (ii)

23   Novedex XT was not all natural, (iii) the potential side effects of 3, 17-keto-

24   etiochol-triene; and (iv) that Novedex XT is not clinically proven.

25       84.    Pursuant to sections 17203 and 17535 of the California <u>Business &</u>

26   <u>Professions Code</u>, Plaintiff and the members of the Class seek an order of this

27   Court enjoining Defendants from continuing to violate California law by, among

28   other things, failing to reveal material facts about Novedex XT (as set forth above)

- 18 -                              CASE NO. CV10-9927 GAF (SHX)

FIRST AMENDED COMPLAINT

1    and mislabeling its products. Likewise, Plaintiff and the members of the Class

2    seek an order requiring Defendants to disclose such material facts, and additionally

3    request an order awarding Plaintiff and members of the Class restitution of the

4    money wrongfully acquired by Defendants as a result of Defendants'

5    unconscionable business practices.

6           85.    The utility of Gaspari's actions with regard to the labeling, marketing,

7    advertising and promoting of Novedex XT described in detail above and

8    incorporated herein is negligible, if any, when weighed against the extent of harm

9    to the general public, Plaintiff and Class members.

10          86.    The harmful impact upon members of the general public and the Class

11   who were and are misled by Defendants' acts far outweighs any reasons or

12   justifications by Gaspari in not disclosing the truth about Novedex XT in their

13   labeling, advertising, marketing and promotion of Novedex XT.

14          87.    Gaspari had an improper motive in the conduct of their labeling,

15   marketing, advertising and promoting of Novedex XT, as described in detail above,

16   in that it participated in an effort to maximize profits by defrauding the general

17   public, including members of the Class.

18          88.    The utilization of these unfair, unlawful, and fraudulent business

19   practices were and are under the sole control of Gaspari, and was deceptively

20   hidden from members of the general public and members of the Class.

21          89.    Plaintiff, members of the Class, and general public may be irreparably

22   harmed and/or denied an effective and complete remedy if Defendants are not

23   enjoined from their fraudulent conduct, described above and incorporated herein.

24   The unlawful and deceptive acts and practices of Defendants, as described herein,

25   present a serious, ongoing and future threat to Plaintiff and members of the general

26   public.

27          90.    Gaspari represented, in a single, consistent and uniform manner, that

28   Novedex XT were dietary supplements that contained no synthetic, had no side

1  effects and contained no "non-dietary" ingredients or drugs, and that Novedex XT
2  is clinically proven.

3      91.    Gaspari's statements about Novedex XT are false.  Gaspari knew that
4  the representations set forth herein were false when such representations were
5  made and/or made the representations recklessly and without regard for the truth.

6      92.    As purchasers and consumers of Novedex XT, and members of the
7  general public in California who have been injured by Gaspari's fraudulent business
8  practices, Plaintiff and the Class are entitled to, and do bring, this class action
9  seeking all available remedies under the UCL, including injunctive relief,
10  restitution and attorneys' fees and costs.

11      93.    Plaintiff's claims are common and typical of all class members.
12  Indeed, the predominant question for decision, in each and every class member's
13  individual case, is whether Defendants' marketing of Novedex XT violates Cal.
14  Health & Saf. C. §§ 111330, et seq , Cal. Health & Saf. C. §§ 11000, et seq., Cal.
15  Bus. & Prof. C. §§ 17500, et seq., Cal. Civ. C. 1750, et seq. and the common law
16  (and, as such, is a *per se* violation of the Unfair Competition Law, Cal. Bus. Prof.
17  C. § 17200).

18

19              **FOURTH CAUSE OF ACTION**
20  **VIOLATION OF CAL. BUS. & PROF. C. §§ 17500, *et seq.* (False Advertising**
21                      **Law)**
22         **(By Plaintiff and the Class Against Defendants)**

23      94.    Plaintiff repeats and realleges all the allegations of the previous
24  paragraphs, and incorporates the same as if set forth herein at length.

25      95.    This cause of action is brought pursuant to California Business &
26  Professions Code on behalf of Plaintiff and members of the Class, as defined
27  above.

28

96. In their advertising of Novedex XT, Gaspari made false and misleading statements that, among other things, Novedex XT was a "dietary supplement" that only contains natural ingredients; and Novedex XT is clinically proven to work.

97. Defendants engaged in the deceptive conduct alleged in detail above and is incorporated herein, which includes making and continuing to make deceptive and untrue misrepresentations regarding Novedex XT, which were made to induct the public, including Plaintiff and members of the Class, to purchase Novedex XT.

98. In addition, Defendants' use of various forms of advertising media to advertise, call attention to or give publicity to the sale of goods or merchandise which are not as represented constitutes unfair competition, unfair, deceptive, untrue or misleading advertising, and an unlawful business practice within the meaning of Business & Professions Code §§ 17531 and 17200, which advertisements have deceived and are likely to deceive the consuming public, in violation of Business & Professions Code §17500.

99. Defendants were aware, or by the exercise of reasonable care should have been aware, that the representations were untrue or misleading, and that such conduct is in violation of the Health and Safety Code and the Consumer Legal Remedies Act, at Civil Code §§ 1750, et seq.

100. Pursuant to Business & Professions Code § 17535, Plaintiff and members of the putative Class are entitled to remedies as set forth above and below. Likewise, Plaintiffs and the members of the Class seek an order requiring Defendants to disclose such material facts, and additionally request an order awarding Plaintiff restitution of the money wrongfully acquired by Defendants as a result of Defendants' unconscionable business practices.

101. Plaintiffs and the members of the Class have suffered injury in fact and have lost money as a result of Defendants' false representations.

- 21 -

CASE NO. CV10-9927 GAF (SHX)

FIRST AMENDED COMPLAINT

1
2
3

## FIFTH CAUSE OF ACTION

4
## VIOLATION OF CAL. CIV. C. §§ 1750, *et seq.* (Consumer Legal Remedies

5
## Act)

6
### (By Plaintiff and the Class Against Defendants)

7   102.   Plaintiff repeats and realleges all the allegations of the previous

8   paragraphs, and incorporates the same as if set forth herein at length.

9   103.   This cause of action is brought pursuant to the California <u>Civil Code</u>

10  on behalf of Plaintiffs and the proposed Class, as defined above.

11  104.   Plaintiffs and members of the putative Class are individuals who have

12  purchased the goods (i.e. Novedex XT) for personal use.

13  105.   Defendants, individually and acting as agents, alter egos, servants or

14  employees of each other, have represented that Novedex XT have characteristics,

15  uses, benefits or qualities that Novedex XT does not have. The policies, acts, and

16  practices heretofore described were intended to result in the sale of Novedex XT to

17  the consuming public, particularly consumers seeking to lose weight, and thus

18  Gaspari has violated and continue to violate <u>California Civil Code</u> § 1770,

19  including but not necessarily limited to Sections 1770(a)(5), 1770(a)(7) and

20  1770(a)(9), by misrepresenting that Novedex XT are of a particular standard,

21  quality or grade.

22  106.   Gaspari knew or should have known Novedex XT contained

23  synthetic, non-dietary ingredient and drug, and was not clinically proven to

24  provide the advertised benefits.

25  107.   Plaintiff and members of the putative Class have each been directly

26  and proximately injured by the conduct of Gaspari, and such injury includes

27  economic injury for the loss of the sums which constituted payment for Novedex

28  XT they purchased.

- 22 -

108. The Court should enjoin Gaspari from any further sales, marketing or advertisement of Novedex XT which contain the misrepresentations detailed herein as to the standard, characteristics, uses, benefits and/or qualities of the product. Plaintiffs request this Court enter a permanent injunction enjoining Defendants, and their agents, servants, employees and all persons acting under or in concert with them, to cease and desist from the following acts: (a) falsely labeling and advertising Novedex XT as a "dietary supplement" that contains only natural ingredients; (b) engaging in any of the illegal, fraudulent, misleading, unlawful, unfair and/or deceptive conduct described herein; (c) engaging in any other conduct found by the Court to be illegal, fraudulent, misleading, unlawful, unfair and/or deceptive conduct.

109. As a direct and proximate result of Defendants' unlawful, unfair, fraudulent and deceptive business practices and/or false representations and omissions, Plaintiff and the Class have lost money.

110. Pursuant to Section 1782 of the Consumer Legal Remedies Act ("CLRA"), Plaintiffs notified Gaspari in writing of the particular violations of Section 1770 of the CLRA ("the Notice") and demanded, among other things, that Gaspari cease falsely and misleadingly labeling Novedex XT, as described above, and that Gaspari provide restitution to consumers who purchased Novedex XT.

111. Plaintiffs sent the Notice by means of Certified U.S. Mail, return-receipt requested to Gaspari at their principal place of business concurrent with the filing this Complaint. Defendants did not respond to Plaintiff's demand within thirty (30) days of receipt of the Notice, pursuant to Sections 1782(a) and (d) of the CLRA, Plaintiffs amend this Complaint to request statutory damages, actual damages, punitive damages, interest and attorneys' fees.

112. Plaintiff requests that this Court enter such orders or judgments as may be necessary to restore any person in interest any money which may have

1   been acquired by means of such unfair business practices, and for such relief as

2   provided in <u>Civil Code</u> § 1780 and the Prayer for Relief.

3                               **<u>SIXTH CAUSE OF ACTION</u>**

4                                      **<u>FRAUD</u>**

5           **(By Plaintiff and the Class Against Defendants)**

6       113. Plaintiff repeats and realleges all the allegations of the previous

7   paragraphs, and incorporates the same as if set forth herein at length.

8       114. This cause of action is brought on behalf of the Class defined above.

9       115. Gaspari represented, in a single, consistent and uniform manner, that

10   Novedex XT were dietary supplements that contained no synthetic, non-dietary

11   ingredients or drugs, and had no side effects as set forth more specifically above.

12       116. Gaspari also represented that Novedex XT was clinically proven to

13   1) significantly increase testosterone, 2) allow consumers to gain lean mass, 3)

14   increase strength and endurance, 4) help reduce body fat, 5) increased sexual

15   performance and libido; and 6) increase testosterone by an average of 600%.

16       117. Gaspari's statements about Novedex XT are false.

17       118. Gaspari is a marketing company that designs advertisements to target

18   members of the Class, including Plaintiff. Gaspari intended Plaintiff and the Class

19   rely on its representations about Novedex XT, including (without limitation) that

20   Novedex XT is an all-natural dietary supplement and was clinically proven.

21       119. Gaspari knew that the representations set forth herein were false when

22   such representations were made and/or made the representations recklessly and

23   without regard for the truth.

24       120. Plaintiff and the Class reasonably relied upon Gaspari's false

25   representations in purchasing Novedex XT.

26       121. Gaspari's misleading and fraudulent conduct was knowing,

27   deliberate, wanton, willful, oppressive and undertaken in conscious disregard of,

28   and with reckless indifference to, Plaintiffs and members of the Class' interest,

1  and otherwise of the character warranting the imposition of punitive damages

2  pursuant to section 3294 of the <u>Civil Code</u>.

3       122.  Plaintiff and the Class suffered real economic losses and harm as a

4  result of Gaspari's intentional misrepresentations and active concealment, as set

5  forth specifically herein.

6       123.  Plaintiff's and the Class' reliance on Gaspari's representations were a

7  substantial factor in causing the harm to Plaintiff and the Class.

8

9

10  **<u>PRAYER FOR RELIEF</u>**

11       WHEREFORE, Plaintiff, individually, and on behalf of the members of the

12  Class defined herein, pray for judgment and relief on all Counts of the Complaint

13  as follows:

14       A.    An order certifying that the action may be maintained as a Class

15             Action;

16       B.    An order enjoining Defendants from pursuing the policies, acts, and

17             practices complained of herein;

18       C.    An order declaring that Defendants fail to provide material information

19             to consumers on the labels of Novedex XT;

20       D.    An order requiring Defendants to pay restitution to Plaintiff and all

21             members of the Class;

22       H.    An order requiring Defendants to pay compensatory damages to

23             Plaintiff and all members of the Class;

24       I.    An order requiring Defendants to pay punitive damages to Plaintiff

25             and all members of the Class;

26       J.    Reasonable attorneys' fees;

27       K.    Costs of this suit; and

28       L.    Such other and further relief as the Court may deem necessary or

appropriate.

DATED: January 31, 2011                    MILSTEIN ADELMAN, LLP

                                            By: _Gillian Wade_
                                            Gillian L. Wade
                                            Attorneys for Plaintiffs,
                                            and the Proposed Class


## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure, Rule 38(b), Plaintiff demands a trial by jury of all triable issues herein.

DATED: January 31, 2011                    MILSTEIN ADELMAN, LLP

                                            By: _Gillian Wade_
                                            Gillian L. Wade
                                            Attorneys for Plaintiffs,
                                            and the Proposed Class

# EXHIBIT A



## Supplement Facts

Serving Size: 1 Capsule
Servings Per Container: 60

| Amount Per Serving | % Daily Value† |
|---|---|
| Proprietary Blend<br>[6, 17-keto-etiocholeve-3-ol tetrahydropyranol],<br>[3, 17-keto-etiochol-triene],<br>[3',5,7-trihydroxy-4'-methoxyflavone]. | 60mg† |

†Daily Value not established.

Other ingredients: maltodextrin, magnesium stearate, silica.

**SUGGESTED USE:** As a dietary supplement, take 2 capsules right before bed. For best results, use for 4 to 8 weeks. Always check with a knowledgeable physician or health care practitioner before using any dietary supplement. Do not exceed 4 capsules per day or 8 weeks of continuous use.

**WARNINGS:** Consult with a licensed physician before using this product. Do not take this product if you have prostate hypertrophy, liver disease, kidney or heart disease. This product should NOT be taken by women. In particular, those women who are pregnant, lactating or trying to become pregnant. Do not take this product if you have been diagnosed with high cholesterol, prostate cancer, testicular cancer or breast cancer or are under the age of 21.

Keep this product and all other supplements out of the reach of children. Must be 21 years of age or older to purchase this product.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

# EXHIBIT B

Order Line:
1.866.577.MASS (6277)

**NUTRITION**

(On orders of $199 or more)
Body Building Supplements and
Sports Nutrition

Categories ▸  Home  Shipping  Contact  Articles          Search  Entire Site  for          Search

**MANUFACTURERS**

6-OXO
ACCU-FITNESS
ADVANCED MUSCLE SCIENCE
ALRI
ANABOLIC INNOVATIONS
ANABOLIC XTREME
ANABOLIC-60 STACK
APPLIED NUTRICEUTICALS
AST
BEAST SPORTS NUTRITION
BEVERLY INTERNATIONAL
BIONUTRITIONAL RESEARCH
BIOTEST
BPI SPORTS
BSN
CHAMPION NUTRITION
CHEMJAY
CHLORODROL-50
GLUE BAR
CONTROLLED LABS
COSTAS FOODS - MUSCLE SANDWICH
CULVER CONCEPTS
CYTOGENIX - CYTODYNE
CYTOSPORT
DRIVEN SPORTS
DYMATIZE
EAS
ERGOPHARM
FAHRENHEIT NUTRITION
FIZOGEN
FOUNTAIN OF YOUTH - HGH COMPLETE
GARDEN OF LIFE
GASPARI NUTRITION
HALOVAR - PURUS LABS
HDT
HEALTH FROM THE SUN
HGH COMPLETE
IDS
FORCE NUTRITION
IRONMAGLABS
ISS RESEARCH
LABRADA
LEAN-EFX
LG SCIENCES
M-STEN 10
MASS ATTACK STACK
MASSNUTRITION.COM
MET-RX
MHP
MOLECULAR NUTRITION
MRI

**Gaspari Nutrition**

## NOVEDEX XT 60 CAPS

Shop for other products by GASPARI NUTRITION



Retail Price: $56.95
**Your Price: $18.95**
Quantity: 1
BUY >>

**FEATURED BRANDS**

**ALRI**

**HOT ITEM**

M-STEN 10

**MOVERS & SHAKERS!**

1. ANABOLIC-60 STACK
2. CHLORODROL-50
3. MASS ATTACK STACK
4. OxElite Pro
5. Methyl Masterdrol
6. Arom-X
7. LG Trifecta Stack
8. Aromadrol-15
9. 6-TRIONE
10. X-ADT
11. Liquid Clenbutrx
12. E-Bomb II
13. 11-Androstenone
14. HGH Complete
15. Pink Magic



**International Shipping**

...lable!

**International or local orders:**
+1.305.595.2066

Novedex XT: THE UNDISPUTED KING OF NATURAL TESTOSTERONE BOOSTERS!

At Gaspari Nutrition, we are constantly researching to find the very best in advanced sports nutrition. We have now found it with new Novedex XT.

In recent clinical trials, this amazing non-anabolic and non-androgenic supplement yielded results far greater than any other product of its kind in the history of the supplement industry. Novedex XT® has been shown to significantly increase natural testosterone production and minimize the production of estradiol in every male subject tested! In a landmark 11-week clinical trial conducted at Baylor University, Novedex XT.

1) increased free testosterone an average of 600%,
2) showed virtually no increase in estradiol,
3) didn't cause any significant changes in Serum Chemistry Markers or Urine Clinical Safety Markers, and
4) all hormone levels/markers returned to baseline after discontinuation of the product showing no "shutdown" post use.

Novedex XT® could easily be the most effective natural vehicle to trigger a potent anabolic response in order to gain lean mass, strength and endurance, help reduce body fat, and increase sexual performance and libido.

WHAT DOES NOVEDEX XTREME™ CONTAIN THAT IS SO SPECIAL?

Novedex XT contains 2 main unique anti-aromatase supplements. The first ingredient, 6,

**Mass Nutrition**

**T-Shirts**

**View Our Online Catalog**

LOST PASSWORD?

Email

Send me my info

NEWSLETTER

Email

Sign me up



**Anabolic60**

**S T A C K**

CHLORODROL **50**

+

M-STEN **10**

FREE

AROMADROL **15**

**Incredible Size**
**Incredible Strength**
**Incredible Stack**

**BUY NOW**

SecurityMetrics
Credit Card
SAFE

MUSCLE ASYLUM PROJECT
MUSCLE MARKETING
MUSCLE PHARM
MUSCLE-LINK
MUSCLEOLOGY
MUSCLETECH
MYOGENX
NATURE'S BEST
NEXT PROTEINS
NUTRACEUTICS
NUTREX
NVE PHARMACEUTICALS
NXLABS
OPTIMUM NUTRITION
POWER CRUNCH BAR
POWERLAB NUTRITION
PRIMAFORCE
PROLAB
PROMAX NUTRITION
PROTOCOL NUTRITION
PURUS LABS
SAN
SCIVATION
SPORT SUPPLEMENT GUIDE
SUPREME PROTEIN
SYMBIOTROPIN
SYNTRAX
T-SHIRTS
THE STUFF
THERMOLIFE INTERNATIONAL
TWINLAB
ULTRA LAB
UNIVERSAL NUTRITION
USP LABS
VPX
WORLDWIDE
ZZZAZZZ

17-keto-etiocholeve-3-ol tetrahydropyranol, is a patent-pending non-androgenic anti-aromatase that utilizes the advanced ether delivery technology. With its' ether attachment, this amazing compound has a prolonged half life in the human body which means you only take it once per day as opposed to many times per day like other anti-estrogens. The second amazing ingredient found in Novedex XT™, 3, 17-keto-etiochol-triene, is the single most potent non-androgenic aromatase inhibitor ever sold in the supplement market place! It is almost 3X more potent based on binding times and binding ability (how fast and tight it "sticks" to the target molecule) than 3,6,17-androstenetrione. The combination of a long acting non-androgenic anti-aromatase with the most potent non-androgenic anti-aromatase provides the smarter athlete with a double edge attack against the effects of estrogen and the prevention of estrogen formation. Novedex XT actually minimizes the production of any and all estrogens in the body through its' dual aromatase inhibition systems, this causes a positive effect on the HPTA which means it will actually cause your body to greatly increase testosterone production on it's own, the safest way to naturally cause a positive anabolic effect in order to gain muscle mass, strength, and endurance while helping to lose fat.

## Supplement Facts:

Serving Size: 1 Capsule - Serving Per Container: 60

Amount Per Serving

Proprietary Blend 60mg
[6, 17-keto-etiocholeve-3-ol tetrahydropyranol],
[3, 17-keto-etiochol-triene],
[3',5,7-trihydroxy-4'-methoxyflavone].

Other Ingredients: maltodextrin, magnesium stearate, silica.

Novedex XT Suggested Use: As a dietary supplement, take 2 capsules before bed. For best results, use for 4 to 8 weeks. Do not exceed 4 capsules per day or 8 weeks of continuous use.

UPC: 646511006553
Gaspari Nutrition Novedex XT: Anti-Estrogens

**Other Popular Items**



SUPERPUMP 250 FRUIT...
$64.99 $23.50

PLASMAJET 160...
$79.99 $38.95

ANIMAL PAK 44/PK
$51.95 $20.50

HYDROXYCUT HARDCORE...
$59.99 $23.95

100% WHEY GOLD...
$74.99 $35.95

METHYL 1-D 90 CAPS +...
$79.95 $28.95

- HOME
- SEARCH
- MYSPACE
- ONLINE STORE
- SHOPPING CART

# Gaspari Nutrition – The Name You Trust. The Brand That Works.

- Company
- Products
- Hardcore News
- Team Gaspari
- Contact

Meet Team Gaspari

Event Schedule

- Hardcore Products
- Novedex XT
  - Testimonials
  - Facts
  - Usage
  - Warning
  - Test Facts
  - Testosterone FAQs

- o Clinical Trial
- o Novedex XT™ TEST drive
- o Testosterone for the thinking man
- PlasmaJet™
- SuperPump250
- SizeOn
- Halodrol Liquigels
- IntraPro
- Starter Kit
- Cytolean
- 
- Gaspari Stacks
- Ultimate Anabolic Stack
- Triple Anabolic Arsenal
- The 4most Anabolic Arsenal™
- Ultimate Lean Mass Stack For Men
- Lean & Fit Stack for Women
- Ultimate Mass Monster Stack
- 
- Gaspari Apparel
- Gaspari Ribbed Tank
- Designer Dragon Slayer T
- Gaspari Logo Hat
- T-Shirts & Photos
- GN Silver Strip Gym Bag
- 
- Product Info
- Product FAQs
- Gaspari Nutrition Retailers
- Locate Gaspari Products
- Military Personnel with APO Addresses
- Clinical Trials

# Gaspari Novedex XT

**ONLINE DISCOUNT** > Retail $58.28  **Web Price $45.00**  Buy Now
*or try THE ULTIMATE ANABOLIC STACK and SAVE $60 off retail now!*

# Novedex XT® FACTS & FAQs

## What is Novedex XT?

Novedex XT® is a proprietary blend of naturally occurring, anti-aromatase inhibiting compounds. These compounds have been demonstrated to have an upward modulating effect on testosterone levels and a downward or static modulating effect on estrogen. Two of the ingredients found in Novedex XT® are patent pending. They are exclusively licensed to Gaspari Nutrition, Incorporated for use only in Novedex XT®.

## Is Novedex XT® safe?

Please review and read the following, independent clinical trials which utilized Novedex XT® to determine whether or not you think Novedex XT® is safe.

**[ Click here to read the complete clinical trial ]**

## Why do I want to modulate or control my testosterone levels?

Please review the following information about testosterone and decide for yourself if you believe taking control of your testosterone level is the correct thing for you to do.

**[ Click here to read Testosterone FAQs ]**

## How is Novedex XT™ taken or used?

If you have never used Novedex XT® we suggest starting out using two (2) capsules of Novedex XT® per night. We suggest trying this for 30 days before making any changes upwards in dosing. If after 14 days you are not seeing the desired results, you may opt to increase the dosage to 3-4 capsules per day. Experienced users interested in adding lean mass can begin taking 4 Novedex XT® capsules per night for up to six (6) weeks. You should never, under any circumstances, exceed four (4) capsules of Novedex XT® nor should you ever, under any circumstances, use Novedex XT® for longer than six (6) weeks duration without a four (4) week "break" unless explicitly directed to do so by your physician or licensed health care provider.

## Who should not use Novedex XT®?

Under no circumstances should any women or any person under the age of 21 years use Novedex XT® for ANY reason whatsoever and the use of Novedex XT® is absolutely contraindicated in these populations. The following people should not use Novedex XT® without the express written permission of their physician -Anyone who has ever had any type of cancer, benign prostatic hypertrophy, liver or kidney disease, any cardiovascular disease or high blood pressure or high cholesterol, anyone who is

currently being treated with hormone replacement therapy and anyone who has been or is being treated for any psychological or psychiatric problems. You MUST consult with your physician or licensed health care provider before you use Novedex XT®.

## Can Novedex XT™ be used for PCT (Post Cycle Therapy)?

PCT (Post Cycle Therapy) for treatment of any type of hypogonadism or symptoms associated with the use of anabolic steroids should only be implemented by a physician or licensed health care provider – preferably an individual or team with extensive experience in this aspect of endocrinology. Why your physician or licensed health care provider might consider Novedex XT® are part of a treatment strategy for ameliorating the effects of anabolic steroid use, we can not legally recommend the use of Novedex XT® for the treatment or diagnosis of any medical condition. Please talk to your physician or licensed health care provider for more information. We encourage you to be forthright and honest with your health care team.

## Can Novedex XT® be "stacked" with other Gaspari Nutrition products for even better physique augmentation results?

Yes! We suggest using Novedex XT® in conjunction with our Superpump-250™ product and our SizeOn™ product in the following manner for maximal physique augmentation –

| Week Number | SizeOn™ | SuperPump-250™ | Novedex XT™ |
|---|---|---|---|
| One | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label | |
| Two | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label | |
| Three | 1 Serving Per Day as directed by label. | 1 Serving Per Day as directed by label | 2-4 capsules per day as directed by label |
| Four | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label | 2-4 capsules per day as directed by label |
| Five | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label | 2-4 capsules per day as directed by label |
| Six | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label | 2-4 capsules per day as directed by label |

**A more "advanced" Gaspari Nutrition Stack for more experienced bodybuilders and athletes is described below**

| Week Number | SizeOn™ | SuperPump-250™ | NovedexXT® | IntraPro™ Protein | Halodrol Liquigels™ |
|---|---|---|---|---|---|
| One | 1 Serving Per Day | 1 Serving Per Day as directed by label | as directed by label | 1-2 Servings Per Day as directed by label | 1-3 Gel Caps Per Day as directed by label |
| Two | 1 Serving Per Day | 1 Serving Per Day as directed by label | as directed by label | 1 Serving 1-2 Servings Per Day as directed by label | 1-3 Gel Caps Per Day as directed by label |
| Three | 1 Serving Per Day | 1 Serving Per Day as directed by label | as directed by label | 1-2 Servings Per Day as directed by label | 1-3 Gel Caps Per Day as directed by label |
| Four | 1 Serving Per Day | 1 Serving Per Day as directed by label | as directed by label | 1-2 Servings Per Day as directed by label | 1-3 Gel Caps Per Day as directed by label |
| Five | 1 Serving Per Day | 1 Serving Per Day as directed by label | as directed by label | 1-2 Servings Per Day as directed by label | 1-3 Gel Caps Per Day as directed by label |
| Six | 1 Serving Per Day | 1 Serving Per Day as directed by label | as directed by label | 1-2 Servings Per Day as directed by label | 1-3 Gel Caps Per Day as directed by label |
| Seven | 1 Serving Per Day as directed by label | | 2-4 capsules per day as directed by label | 1-2 Servings Per Day as directed by label | |
| Eight | 1 Serving Per Day as directed by label | | 2-4 capsules per day as directed by label | 1-2 Servings Per Day as directed by label | |

by label

## Hardcore News Banner

Training Seminar with Rich Gaspari

Gaspari DVD Trailer

Sergio Oliva, Jr. has joined Gaspari!

NEW! Gaspari's 2008 Catalog

Subscribe to our newsletter Get training tips and more...

**Click here to get our new 2008 catalog!**

Advertisement

- HOME
- COMPANY
- PRODUCTS
- NEWS
- TEAM GASPARI
- CONTACT
- PRIVACY
- Site by Answermen Ltd.

All rights reserved © 2001-2006 Gaspari Nutrition, Inc., 501 Prospect St., Suite 107, Lakewood, NJ 08701 USA

# EXHIBIT C



## THE UNDISPUTED KING OF NATURAL TESTOSTERONE BOOSTERS!

At Gaspari Nutrition, we are constantly researching to find the very best in advanced sports nutrition. We have now found it with new Novedex XT™. With its patent-pending formula Dianestrozole®, studies show Novedex XT™ to be significantly better than any of the competition including formestane and 3,6,17-androstenetrione in modulating estrogen levels in the body and increasing natural testosterone levels.

**HERE ARE THE REASONS WHY:**
Actual studies have shown that the active ingredient, 3,6,17-androstenetrione, found in a popular anti-estrogen testosterone trigger probably converts to the estrogens 6-keto-estrone and 6-keto-estradiol while Dianestrozole® can not.

**WHY WOULD YOU TAKE AN ANTI-ESTROGEN THAT CONVERTS TO AND ENDS UP AS ANY ESTROGEN?**
Unlike formestane (4-hydroxyandrostenedione which converts to 4-hydroxytestosterone in the human body), Novedex XT™ does NOT have ANY androgenic metabolites that could cause HPTA (Hypothalmic Pituitary Testes Axis) suppression.

**WHAT DOES NOVEDEX XT™ CONTAIN THAT IS SO SPECIAL?**
The active formula Dianestrozole® contains 2 unique anti-aromatase supplements. The first ingredient, 6, 17-keto-etiocholeve-3-ol tetrahydropyranol, is a patent-pending non-androgenic anti-aromatase that utilizes the advanced ether delivery technology. With its' ether attachment, this amazing compound has a prolonged half life in the human body which means you only take it once per day as opposed to many times per day like other anti-estrogens. The second amazing ingredient found in Novedex XT™, 3, 17-keto-etiochol-triene, is the single most potent non-androgenic aromatase inhibitor ever sold in the supplement market place! It is almost 3X more potent based on binding times and binding ability (how fast and tight it "sticks" to the target molecule) than 3,6,17-androstenetrione. The combination of a long acting non-androgenic anti-aromatase with the most potent non-androgenic anti-aromatase provides the smarter athlete with a double edge attack against the effects of estrogen and the prevention of estrogen formation. Because Dianestrozole™ actually minimizes the production of any and all estrogens in the body through its' dual aromatase inhibition systems, this causes a positive effect on the HPTA which means it will actually cause your body to greatly **increase testosterone production** on it's own, the safest way to naturally cause a positive anabolic effect in order to gain muscle mass, strength, and endurance while helping to lose fat. Additionally, if you happen to be using or have recently used a prohormone or even a "real steroid," Dianestrozole's HPTA upregulating effects will help your body to **restore and normalize natural testosterone** output and levels in the body and is the perfect LEGAL choice for post-cycle therapy (PCT).

**NEW RESEARCH STUDIES UNDERWAY.**
Results of our initial clinical trial show Novedex XT™ increases bioavailable **testosterone significantly higher** (over 400%) and faster (within 2 weeks) than any other testosterone booster in the supplement industry - and with only a fraction of the dosage used by the leading brand! If this were not enough, the study also revealed that Novedex XT™ was so effective at combating estrogen that **estradiol was slashed an average of** more than 50% in all subjects tested in just the 1st week! With this unprecedented 1-2 punch, this product is easily the most effective natural vehicle to trigger a potent anabolic response in order to help gain lean mass, strength and endurance while also helping to reduce body fat.

In an effort to bring you the safest and most effective product possible, the full clinical chemistry panels as part of the pilot study have not only revealed the amazing benefits of Novedex XT, but thus far, results have shown no adverse advents or side effects associated with the product. But we're not stopping there! We are so convinced that Novedex XT™ is the best product of its kind anywhere, that not one, but two long-term, multi-institutional research studies are underway to show, in great detail, the true potential and safety of this incredible product - including a nearly three month double-blind, placebo-controled clinical trial at one of the nation's foremost universities specializing in sports nutrition. **Look for the results of this ground-breaking research to be released on our website in the coming months!**

The active ingredients in Novedex XT™ have been conclusively shown to be inherently 100% non-anabolic and 100% non-androgenic by nature - the active ingredients are naturally occurring and are found in normal foodstuffs. Novedex XT™ is in full compliance in accordance with the United States 1995 DSHEA Act regarding food supplements. However, the use of Novedex XT™ might cause a positive urine or blood test showing elevated testosterone levels. Athletes and anyone else subject to performance enhancement substance testing should consult with their sanctioning organization before use. Gaspari Nutrition does not advocate the use of illegal anabolic steroids. These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure or prevent any disease. Dianestrozole® is a patent pending compound of Theracharm, LLC, licensed to Gaspari Nutrition. Novedex XT™ is a trademark of Gaspari Nutrition, Inc.

All rights reserved © 2001-2006. Privacy Statement. Gaspari Nutrition, Inc., 501 Prospect St., Suite 107, Lakewood, NJ 08701 USA

Case 2:10-cv-09927-GAF-SH  Document 8   Filed 01/31/11   Page 42 of 87   Page ID #:146

- HOME
- SEARCH
- MYSPACE
- ONLINE STORE
- SHOPPING CART

# Gaspari Nutrition - The Name You Trust. The Brand That Works.

- Company
- Products
- Hardcore News
- Team Gaspari
- Contact

Meet Team Gaspari

May 24rd - Nutrition Depot
Kingwood - Kingwood, TX - RICH
GASPARI

May 25th - Nutrition Depot Clear

- Novedex XT
  - Testimonials
  - Facts
  - Usage
  - Warning
  - Test Facts
  - Testosterone FAQs
  - Clinical Trial
  - Novedex XT™ TEST drive
  - Testosterone for the thinking man
- SuperPump250
- SizeOn
- Halodrol Liquigels
- 3° Burn
- IntraPro
- Thermogenic Thyrotabs
- Cytolean

- Triple Anabolic Arsenal
- Ultimate Anabolic Stack
- Starter Kit
- T-Shirts & Photos
- Product FAQs
- Gaspari Nutrition Retailers
- Locate Gaspari Products
- Clinical Trials

# Gaspari Novedex XT

**ONLINE DISCOUNT** > Retail $58.28 **Web Price $45.00** Buy Now
*or try THE ULTIMATE ANABOLIC STACK and SAVE $60 off retail now!*

## Novedex XT™ FACTS & FAQs

### What is Novedex XT™?

Novedex XT™ is a proprietary blend of naturally occurring, anti-aromatic compounds. These compounds have been demonstrated to have an upward modulating effect on testosterone levels and a downward or static modulating effect on estrogen. Two of the ingredients found in Novedex XT™ are patent pending. They are exclusively licensed to Gaspari Nutrition, Incorporated for use only in Novedex XT™.

### Is Novedex XT™ safe?

Please review and read the following, independent clinical trials which utilized Novedex XT™ to determine whether or not you think Novedex XT™ is safe.

**[ Click here to read the complete clinical trial ]**

### Why do I want to modulate or control my testosterone levels?

Please review the following information about testosterone and decide for yourself if you believe taking control of your testosterone level is the correct thing for you to do.

**[ Click here to read Testosterone FAQs ]**

### How is Novedex XT™ taken or used?

If you have never used Novedex XT® we suggest starting out using two (2) capsules of Novedex XT® per night. We suggest trying this for 30 days before making any changes upwards in dosing. If after 14 days you are not seeing the desired results, you may opt to increase the dosage to 3-4 capsules per day. Experienced users interested in adding lean muscle mass can begin taking 4 Novedex XT® capsules per night for up to six

(6) weeks. You should never, under any circumstances, exceed four (4) capsules of Novedex XT™ nor should you ever, under any circumstances, use Novedex XT™ for longer than six (6) weeks duration without a four (4) week "break" unless explicitly directed to do so by your physician or licensed health care provider.

## Who should not use Novedex XT™?

Under no circumstances should any women or any person under the age of 21 years use Novedex XT™ for ANY reason whatsoever and the use of Novedex XT™ is absolutely contraindicated in these populations. The following people should not use Novedex XT® without the express written permission of their physician -Anyone who has ever had any type of cancer, benign prostatic hypertrophy, liver or kidney disease, any cardiovascular disease or high blood pressure or high cholesterol, anyone who is currently being treated with hormone replacement therapy and anyone who has been or is being treated for any psychological or psychiatric problems. You MUST consult with your physician or licensed health care provider before you use Novedex XT™.

## Can Novedex XT™ be used for PCT (Post Cycle Therapy)?

PCT (Post Cycle Therapy) for treatment of any type of hypogonadism or symptoms associated with the use of anabolic steroids should only be implemented by a physician or licensed health care provider – preferably an individual or team with extensive experience in this aspect of endocrinology. Why your physician or licensed health care provider might consider Novedex XT™ are part of a treatment strategy for ameliorating the effects of anabolic steroid use, we can not legally recommend the use of Novedex XT™ for the treatment or diagnosis of any medical condition. Please talk to your physician or licensed health care provider for more information. We encourage you to be forthright and honest with your health care team.

## Can Novedex XT™ be "stacked" with other Gaspari Nutrition products for even better physique augmentation results?

Yes! We suggest using Novedex XT™ in conjunction with our Superpump-250™ product and our SizeOn™ product in the following manner for maximal physique augmentation –

| Week Number | SizeOn™ | SuperPump-250™ | Novedex XT™ |
|---|---|---|---|
| One | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label | |
| Two | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label | |
| Three | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label | 2-4 capsules per day as directed by label |
| Four | 1 Serving Per Day as directed by | 1 Serving Per Day as directed by label | 2-4 capsules per day as directed by |

|  | label | label |  |
|---|---|---|---|
| Five | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label | 2-4 capsules per day as directed by label |
| Six | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label | 2-4 capsules per day as directed by label |

**A more "advanced" Gaspari Nutrition Stack for more experienced bodybuilders and athletes is described below**

| Week Number | SizeOn™ | SuperPump-250™ | Novedex XT™ | IntraPro™ Protein | Halodrol Liquigels™ |
|---|---|---|---|---|---|
| One | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label |  | 1-2 Servings Per Day as directed by label | 1-3 Gel Caps Per Day as directed by label |
| Two | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label |  | 1 Serving 1-2 Servings Per Day as directed by label | 1-3 Gel Caps Per Day as directed by label |
| Three | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label |  | 1-2 Servings Per Day as directed by label | 1-3 Gel Caps Per Day as directed by label |
| Four | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label |  | 1-2 Servings Per Day as directed by label | 1-3 Gel Caps Per Day as directed by label |
| Five | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label |  | 1-2 Servings Per Day as directed by label | 1-3 Gel Caps Per Day as directed by label |
| Six | 1 Serving Per Day as directed by label | 1 Serving Per Day as directed by label |  | 1-2 Servings Per Day as directed by label | 1-3 Gel Caps Per Day as directed by label |
| Seven | 1 Serving Per Day as |  | 2-4 capsules per day | 1-2 Servings Per Day |  |

| | | | | |
|---|---|---|---|---|
| | directed by label | as directed by label | as directed by label | |
| Eight | 1 Serving Per Day as directed by label | 2-4 capsules per day as directed by label | 1-2 Servings Per Day as directed by label | |

## Hardcore News Banner

Thermogenic Thyrotabs/Cytolean Stack

MD Magazine reports: Novedex XT Increases Testosterone & Cuts Fat

MD Magazine recognizes Novedex XT

Gaspari Wins "Rising Star Award"

Subscribe to our newsletter Get training tips and more...

- HOME
- COMPANY
- PRODUCTS
- NEWS
- TEAM GASPARI
- CONTACT
- PRIVACY
- Site by Answermen Ltd.

All rights reserved © 2001-2006 Gaspari Nutrition, Inc., 501 Prospect St., Suite 107, Lakewood, NJ 08701 USA

# EXHIBIT D



## U.S. Department of Health & Human Services

 **U.S. Food and Drug Administration**

Home > Inspections, Compliance, Enforcement, and Criminal Investigations > Enforcement Actions > Warning Letters

# Inspections, Compliance, Enforcement, and Criminal Investigations
## Unlimited Nutrition 8/30/10



**Department of Health and Human Services**

Public Health Service
Food and Drug Administration
Atlanta District Office
60 Eighth Street N.E.
Atlanta, GA 30309

August 30, 2010

**WARNING LETTER**
10-ATL-19

**HAND DELIVERED**

Mr. Mike McCandless, Owner
Unlimited Nutrition
Scivation, Inc., President
1130 Cherry Lane
Graham, NC 27253

Dear Mr. McCandless:

On February 16 - 17, 2010, the U.S. Food and Drug Administration (FDA) conducted an inspection of your facility located at 1130 Cherry Lane, Graham, NC 27253. We have also reviewed your firm's website, www.smartpowders.com [1].

This letter concerns your firm's marketing of the following products: "Smart Powders Piracetam," "Primaforce Piracetam," "Advanced Muscle Science Arom-X," "Advanced Muscle Science 4-AD UTT," "G.E.T ArimaDex," "iForce Nutrition Reversitol," and "Fizogen Off Cycle II Hardcore." These products are marketed in violation of the Federal Food, Drug, and Cosmetic Act (the Act) as described below.

**Piracetam Containing Products**

Your firm markets your piracetam products, "Smart Powders Piracetam" and "Primaforce Piracetam" as dietary supplements; however, both products are excluded from the definition of a "dietary supplement" under section 201(ff)(1 of the Act, 21 U.S.C. § 321(ff)(1). To be a dietary supplement a product must, among other things, "bear[ ] or contain[ ] one or more ... dietary ingredients" as defined in section 201(ff)(1) of the Act. Section 201(ff)(1) of the Act defines "dietary ingredient" as a vitamin, mineral, amino acid, herb or other botanical, or dietary substance for use by man to supplement the diet by increasing the total dietary intake, or a concentrate, metabolite, constituent, extract or combination of any dietary ingredient from the preceding categories. The only substance listed as a dietary ingredient on the labeling for your "Smart Powders Piracetam" and "Primaforce Piracetam" products is piracetam. Piracetam is not a vitamin, mineral, amino acid, herb or other botanical, or dietary substance for use by man to supplement the diet by increasing the total dietary intake. Further, piracetam is not a concentrate, metabolite, constituent, extract or combination of any such dietary ingredient. Thus, because your "Smart Powders Piracetam" and "Primaforce Piracetam" products do not bear or contain any dietary ingredients as defined in section 201 (ff)(1) of the Act, these products do not qualify as dietary supplements under section 201(ff) of the Act.[1]

Your website and labeling include statements such as the following:

**Smart Powders Piracetam**

- "Piracetam supports memory and concentration, overall well-being, cardiovascular health, and helps reduce stress and fatigue."

**Primaforce Piracetam**

- "Piracetam supports memory and concentration, overall well-being, cardiovascular health, and helps reduce stress and fatigue."

The claims listed above make clear that "Smart Powders Piracetam" and "Primaforce Piracetam," are intended to affect the structure or any function of the body of man or other animals. Accordingly, these ·products are drugs, under section 201(g)(1)(C) of the Act, 21 U.S.C. § 321(g)(1)(C), because they are not foods and they are intended to affect the structure or any function of the body. Moreover, these products are new drugs as defined by section 201(p) of the Act, 2 U.S.C. § 321(p), because they are not generally recognized as safe and effective for use under the conditions prescribed recommended, or suggested in their labeling.

Under sections 301(d) and 505(a) of the Act, 21 U.S.C. § 331(d) and 355(a), a new drug may not be introduced or delivered for introduction into interstate commerce unless an FDA approved application is in effect for it. There are no approved applications for "Smart Powders Piracetam"
and "Primaforce Piracetam." Your sale of these products without approved applications violates these provisions of the Act.

**Body Building and Sport Performance Products**

In addition, your firm's body building and sport performance products "Advanced Muscle Science Arom-X," "Advanced Muscle Science 4-AD UTT," "G.E.T ArimaDex," "iForce Nutrition Reversitol," and "Fizogen Off Cycle II Hardcore" are unapproved and misbranded drugs under the Act.

Your website, www.smartpowders.com [2]. states that your products contain the following ingredients:

- **Advanced Muscle Science Arom-X:** 1,4,6-etioallocholan-dione
- **Advanced Muscle Science 4-AD UTT:** 3,17-keto-etiochol-triene
- **G.E.T ArimaDex:** 3,17-keto-etiochol-triene
- **iForce Nutrition Reversitol:** 6-Etioallochol-1 ,4-Diene-3,17-Dione
- **Fizogen Off Cycle II Hardcore:** 3 17 keto etiochol triene

The above-listed ingredient names are all synonyms for the same ingredient, commonly known as "ATD." "ATD" is an aromatase inhibitor. FDA is unaware of evidence that ATD occurs in vivo in humans or animals.

Your firm markets "Advanced Muscle Science Arom-X," "Advanced Muscle Science 4-AD UTT," "G.E.T ArimaDex," "iForce Nutrition Reversitol," and "Fizogen Off Cycle II Hardcore" as dietary supplements. To be a dietary supplement a product must, among other things, "bear[ ] or contain[ ] one or more ... dietary ingredients" as defined in section 201(ff)(1) of the Act. Section 201(ff)(1) of the Act defines "dietary ingredient" as a vitamin, mineral, amino acid, herb or other ·botanical, or dietary substance for use by man to supplement the diet by increasing the total dietary intake, or a concentrate, metabolite, constituent, extract or combination of any dietary ingredient from the preceding categories. ATD is not a vitamin, mineral, amino acid, herb or other botanical, or dietary substance for use by man to supplement the diet by increasing the total dietary intake. Further, ATD is not a concentrate, metabolite, constituent, extract or combination of any such dietary ingredient. Therefore, ATD is not a dietary ingredient as defined in section 201 (ff)(1) of the Act, 21 U.S.C. § 321(ff)(1).

Your website includes statements such as the following:

**Advanced Muscle Science Arom-X**

- "Anti-estrogen complex."
- "Natural testosterone booster."
- "Libido enhancer."
- "Arom-X is scientifically formulated to suppress estrogen production and restore natural testosterone output while acting as a strong libido enhancer."

**Advanced Muscle Science 4-AD UTT**

- "4-AD UTT is a unique anabolic solution pro-hormone that converts at a high rate of testosterone (sic)."
- "[W]ill give you better strength and size increases than the old testosterone precursors."

**G.E.T ArimaDex**

- "A proprietary blend of 7 ingredients including an estrogen blocker ... that have all been shown to increase or maintain testosterone levels."

**iForce Nutrition Reversitol**

- "By regulating the production and levels of Testosterone, Estrogen, LH, and Cortisol an athlete will ensure PEAK Performance Reversitol promotes the optimal Hormone Regulation for applying Maximum FORCE!"
- "Usage for promoting hormonal regulation ...."

**Fizogen Off Cycle II Hardcore**

- "Off Cycle" and "If you are subject to performance enhancing drug testing, do not use this product unless cleared by your sanctioning body"

The statements above make clear that "Advanced Muscle Science Arom-X," "Advanced Muscle Science 4-AD UTT," "G.E.T ArimaDex," "iForce Nutrition Reversitol," and "Fizogen Off Cycle II Hardcore" are intended to affect the structure or function of the body. Accordingly, these products are drugs under section 201(g)(1)(C) of the Act, 21 U.S.C. § 321(g)(1)(C).

As mentioned above, your firm markets "Advanced Muscle Science Arom-X," "Advanced Muscle Science 4-AD UTT," "G.E.T ArimaDex," "iForce Nutrition Reversitol," and "Fizogen Off Cycle II Hardcore" as dietary supplements. Under section 201(g)(1) (last sentence), the structure/function claims made for a dietary supplement must be made in accordance with section 403(r)(6) of the Act, 21 U.S.C. § 343(r)(6), or the product is subject to regulation as a drug. Section 403(r)(6) of the Act, 21 U.S.C. § 343(r)(6), authorizes claims that describe the role of a nutrient or dietary ingredient intended to affect the structure or function of the body, or that characterize the way in which a nutrient or dietary ingredient maintains the structure or function of the body.

However, the claims quoted above for your body building and sport performance products, "Advanced Muscle Science Arom-X," "Advanced Muscle Science 4-AD UTT," "G.E.T ArimaDex," "iForce Nutrition Reversitol," and "Fizogen Off Cycle II Hardcore," do not describe the effects of nutrients or dietary ingredients in the products. Rather, the claims made for each product are made for the product as a whole and relate to its "ATD" content. Since "ATD" is not a nutrient or dietary ingredient, claims about improvement of the structure or function of the body do not conform to section 403(r)(6) of the Act, 21 U.S.C. § 343(r)(6). Accordingly, the claims for "Advanced Muscle Science Arom-X," "Advanced Muscle Science 4-AD UTT," "G.E.T ArimaDex," "iForce Nutrition Reversitol," and "Fizogen Off Cycle II Hardcore" render them drugs within the meaning of section 201(g)(1)(C) of the Act, 21 U.S.C. § 321(g)(1)(C).

Moreover, the above-listed body building and sport performance products are "new drugs," as defined by 201(p) of the Act, 21 U.S.C. § 321(p), because they are not generally recognized as safe and effective for use under the conditions prescribed, recommended, or suggested in their labeling. Under sections 301(d) and 505(a) of the Act, 21 U.S.C. §§ 331(d) and 355(a), a new drug may not be introduced or delivered for introduction into interstate commerce unless an FDA-approved application is in effect for it. Your sale of "Advanced Muscle Science Arom-X," "Advanced Muscle Science 4-AD UTT," "G.E.T ArimaDex," "iForce Nutrition Reversitol," and "Fizogen Off Cycle II Hardcore" without approved applications violates these provisions of the Act.

Furthermore, "Advanced Muscle Science Arom-X," "Advanced Muscle Science 4-AD UTT," "G.E.T ArimaDex," "iForce Nutrition Reversitol," and "Fizogen Off Cycle II Hardcore" are prescription drugs as defined at section 503(b)(1)(A) of the Act, 21 U.S.C. § 353(b)(1)(A), because, in light of their toxicity or other potentiality for harmful effect, or the method of their use, or the collateral measures necessary to use, they are not safe for use except under the supervision of a practitioner licensed by law to administer them. Indeed, all aromatase inhibitors that have been approved for marketing by the FDA are limited by an approved new drug application to use under the professional supervision of a practitioner licensed by law to administer such drug.

According to section 502(f)(1) of the Act, 21 U.S.C. § 352(f)(1), a drug is misbranded if, among other things, it fails to bear adequate directions for its intended use(s). Under 21 C.F.R. § 201.5, "adequate directions for use" means directions under which a layman can use a drug safely and for the purposes for which it is intended. Prescription drugs can only be

used safely at the direction, and under the supervision, of a licensed practitioner. Therefore, it is impossible to write "adequate directions for use" for prescription drugs. FDA-approved drugs which bear their FDA-approved labeling are exempt from the requirement that they bear adequate directions for use by a layperson. See 21 C.F.R. §§ 201.100(c)(2 and 201.115. Because there are no FDA-approved applications for your firm's "Advanced Muscle Science Arom-X," "Advanced Muscle Science 4-AD UTT," "G.E.T ArimaDex," "iForce Nutrition Reversitol," and "Fizogen Off Cycle II Hardcore" products, their labeling fails to bear adequate directions for its intended uses, causing it to be misbranded under section 502(f)(1) of the Act, 21 U.S.C. § 352(t)(1). The introduction or delivery for introduction into interstate commerce of these misbranded products violates section 301(a) of the Act, 21 U.S.C. § 331(a).

The issues and violations cited in this letter are not intended to be an all-inclusive statement of the violations that exist i connection with your products. You are responsible for investigating and determining the causes of the violations identified above and for preventing their recurrence or the occurrence of other violations. It is your responsibility to ensure that all products marketed by your firm comply with the Act and its implementing regulations.

You should take prompt action to correct the violations cited in this letter. Failure to promptly correct these violations may result in legal action, without further notice, including, without limitation, seizure and injunction. Other federal agencies may take this Warning Letter into account when considering the award of contracts.

Within fifteen (15) working days of receipt of this letter, please notify this office in writing of the specific steps that you have taken to correct violations. Include an explanation of each step being taken to prevent the recurrence of violations as well as copies of related documentation. If you cannot complete corrective action within fifteen working days, state the reason for the delay and the time within which you will complete the corrections. Furthermore, please advise this office what actions you will take to address product that you have already distributed.

Additionally, if another firm manufactures the products identified above, your reply should include the name and address of the manufacturer. If the firm from which you receive the product is not the manufacturer, please include the name of your supplier in addition to the manufacturer.

Please send your reply to Derek C. Price, Compliance Officer, U.S. Food and Drug Administration, 60 Eighth Street, N.E. Atlanta, GA 30309. If you have any questions about the content of this letter, please contact Mr. Price at 404-253-2277.

Sincerely
/S/
John Gridley
District Director
Atlanta District Office

[1] We note that in 2003, **(b)(4)** submitted a New Dietary Ingredient Notification (NDIN) for piracetam, naming your firm as the distributor, pursuant to section 413(a)(2) of the Act, 21 U.S.C. §350b. Section 413(a)(2) of the Act requires premarket notification to CFSAN prior to the introduction of a new dietary ingredient into interstate commerce. The NDIN is required to contain infonnation which is the basis for the conclusion that a dietary supplement containing such new dietary ingredient will reasonably expected to be safe. CFSAN's response letter
to Mr. **(b)(4)** NDIN, which was issued on January 9, 2004, stated that piracetam is "not a dietary ingredient."

Links on this page:

1. http://www.smartpowders.com/

2. http://www.smartpowders.com/

# EXHIBIT E

# FDA U.S. Food and Drug Administration

Home[1] > Safety[2] > Recalls, Market Withdrawals, & Safety Alerts[3]

## Safety

### Recall -- Firm Press Release

FDA posts press releases and other notices of recalls and market withdrawals from the firms involved as a service to consumers, the media, and other interested parties. FDA does not endorse either the product or the company.

### MuscleMaster.com Conducts a Voluntary Nationwide Recall of Certain Body Building Products

**Contact:**
800-240-4767
returns@musclemaster.com

**FOR IMMEDIATE RELEASE** - Northborough, MA – January 15, 2010 – MuscleMaster.com, Inc. ("MuscleMaster.com") announced today that it is conducting a voluntary nationwide recall of all lots and expiration dates of the seventeen below listed dietary supplements sold between June 1, 2009 and November 17, 2009 (hereinafter "Recalled Products").

FDA informed MuscleMaster.com that it believes that the Recalled Products contain ingredients that are steroids. Specifically, FDA advised MuscleMaster.com of its concern that the Recalled Products may contain the following ingredients that are currently classified, or the FDA believes should be classified, as steroids: "Superdrol," "Madol," "Tren," "Androstenedione," and/or "Turinabol." While MuscleMaster.com cannot independently confirm the FDA's concerns, that any one or more of the Recalled Products in fact contain these ingredients, MuscleMaster.com is undertaking this voluntary recall out of an abundance of caution and in deference to FDA's stated concerns.

Acute liver injury is known to be a possible harmful effect of using steroid-containing products. In addition, steroids may cause other serious long-term adverse health consequences in men, women, and children. These include shrinkage of the testes and male infertility, masculinization of women, breast enlargement in males, short stature in children, a higher predilection to misuse other drugs and alcohol, adverse effects on blood lipid levels, and increased risk of heart attack, stroke, and death.

MuscleMaster.com is recalling the following products:

Advanced Muscle Science Dienedrone, 60 caps
Advanced Muscle Science Liquidrone, 60 ml
Anabolic Formulation M1, 4AD, 60 caps
Anabolic Formulations 1, 4 AD, 60 caps
Anabolic Xtreme Hyperdrol X2
Anabolic Xtreme 3-AD, 90 caps
BCS Labs Testra-Flex, 90 caps
Competitive Edge Labs M-Drol, 90 Caps
Competitive Edge Labs P-Plex, 90 caps
Competitive Edge Labs X-Tren, 90 caps
4Ever Fit D-Drol, 60 caps
Gaspari Novedex XT 60 Caps
Gaspari Halodrol Liquigels, 60 gels
iForce 1,4 AD BOLD 200, 60 Caps
iForce MethaDROL, 90 caps
iForce Dymethazine, 60 caps
Monster Caps, 60 caps

MuscleMaster.com has not received any complaints of illness or injury regarding these products. FDA is concerned the products may present a safety risk to consumers who ingest them. MuscleMaster.com is an internet retailer and did not manufacture or formulate these products. MuscleMaster.com's decision to implement this recall is not, and should not be construed as, an admission that their decision to sell these products was in violation of the law. In addition it is not, and should not be construed as, an admission that these products are not in compliance with the law. This recall is solely a reflection of MuscleMaster.com's deference to the FDA's stated concerns with these products.

Customers who have these products in their possession should stop using them immediately and contact their physician

they have experienced any problems that may be related to using one or more of the products.

Consumers should return any unused products purchased on the Company's site to the Company. For instructions on how to return Recalled Products please call (1-800-240-4767) or e-mail (returns@musclemaster.com) the Company.

Any adverse events that may be related to the use of the Recalled Products should be reported to the FDA's MedWatch Adverse Event Reporting program online [at www.fda.gov/MedWatch/report.htm [9]], by phone [1-800-FDA-1088], or by returning the postage paid FDA form 3500 [which may be downloaded from www.fda.gov/MedWatch/getforms.htm [10]] by mail [to MedWatch, 5600 Fishers Lane, Rockville, MD 20852-9787] or fax [1-800-FDA- 0178].

### 

RSS Feed for FDA Recalls Information [11] [what's this? [12]]

**Links on this page:**

1. /default.htm
2. /Safety/default.htm
3. /Safety/Recalls/default.htm
4. /Safety/Recalls/default.htm
5. /Safety/Recalls/ArchiveRecalls/default.htm
6. /Safety/Recalls/EnforcementReports/default.htm
7. /Safety/Recalls/IndustryGuidance/default.htm
8. /Safety/Recalls/MajorProductRecalls/default.htm
9. https://www.accessdata.fda.gov/scripts/medwatch/medwatch-online.htm
10. /Safety/MedWatch/HowToReport/DownloadForms/default.htm
11. /AboutFDA/ContactFDA/StayInformed/RSSFeeds/Recalls/rss.xml
12. /AboutFDA/ContactFDA/StayInformed/RSSFeeds/default.htm

# EXHIBIT F

 U.S. Department of Health & Human Services

# FDA U.S. Food and Drug Administration

Home[1] > Safety[2] > Recalls, Market Withdrawals, & Safety Alerts[3]

## Safety

### Recall – Firm Press Release

FDA posts press releases and other notices of recalls and market withdrawals from the firms involved as a service to consumers, the media, and other interested parties. FDA does not endorse either the product or the company.

### Gaspari Nutrition Nutrition Issues a Voluntary Nationwide Recall of Novedex XT, a Product Marketed as a Dietary Supplement Containing ATD

**Company Contact:**
Joe Babick Jr.
info@gasparinutrition.com

**FOR IMMEDIATE RELEASE** – October 7th, 2010 – Lakewood, NJ – Gaspari Nutrition Incorproated, 575 Prospect Street - Suite 230, Lakewood, NJ, announced today that it is conducting a voluntary nationwide recall of all Lot Codes of the company's dietary supplement product sold under the name Novedex XT, which was marketed "for increasing natural testosterone production" and contains 3,17-keto-etiocholetriene, also known as ATD, an anti-aromatase. Gaspari Nutrition is conducting this consumer level recall after being informed by representatives of the Food and Drug Administration (FDA) that 3,17-keto-etiocholetriene does not meet the definition of a dietary ingredient and therefore the product is in violation of provisions of the Federal Food, Drug, and Cosmetic Act.

Potential adverse events associated with the use of anti-aromatases could include the following: decreased rate of bone maturation and growth, decreased sperm production, infertility, aggressive behavior, adrenal insufficiency, kidney failure, and liver dysfunction. Consumers with liver, kidney, adrenal, or prostate abnormalities are at higher risk for developing adverse events. Gaspari has received no serious adverse events in over five years of marketing Novadex XT

Novedex XT had been sold internationally and domestically, to distributors, wholesalers, retail stores and direct to consumers, but was discontinued by Gaspari Nutrition for domestic sales on October 4th 2010. The product was sold in blue bottles with a black cap, containing sixty (60) capsules.

Consumers who have Novedex XT in their possession should stop using it immediately. If consumers experience any adverse side effects due to consumption of this product, they should immediately contact a physician. Adverse reactions or quality problems experienced with the use of this product may be reported to Gaspari Nutrition and to the FDA's MedWatch Adverse Event Reporting program online, by regular mail, or by fax:

- Online: www.fda.gov/MedWatch/report.htm
  <http://www.fda.gov/MedWatch/report.htm[9]>
- Regular Mail: use postage-paid, preaddressed Form FDA 3500 available at www.fda.gov/MedWatch /getforms.htm
  <http://www.fda.gov/MedWatch/getforms.htm[10]>
- Fax: 1-800-FDA-0178.

The Company is advising consumers who have Novedex XT to return any unused portion to the retail location from which it was purchased or if purchased directly from Gaspari Nutrition to return any unused portion to: Gaspari Nutrition Incorporated, 575 Prospect Street - Suite 230, Lakewood, NJ 08701; Attention: Novedex XT Recall. Consumers with questions regarding this recall can contact the company at 1-732-364-3777 Monday through Friday 9 AM to 5 PM, PST. Consumers who have purchased this product and have medical concerns should consult with their health care providers.

This recall is being conducted in cooperation with the U.S. Food and Drug Administration (FDA).

### # #

RSS Feed for FDA Recalls Information[11] [what's this?[12]]

Links on this page:

1. /default.htm
2. /Safety/default.htm

3. /Safety/Recalls/default.htm

4. /Safety/Recalls/default.htm

5. /Safety/Recalls/ArchiveRecalls/default.htm

6. /Safety/Recalls/EnforcementReports/default.htm

7. /Safety/Recalls/IndustryGuidance/default.htm

8. /Safety/Recalls/MajorProductRecalls/default.htm

9. http://www.fda.gov/MedWatch/report.htm

10. http://www.fda.gov/MedWatch/getforms.htm

11. /AboutFDA/ContactFDA/StayInformed/RSSFeeds/Recalls/rss.xml

12. /AboutFDA/ContactFDA/StayInformed/RSSFeeds/default.htm

# EXHIBIT G

# The Washington Post

## Steroids Detected In Dietary Tablets
Some Contents Similar To Those Used by East German Athletes

By Amy Shipley
Washington Post Staff Writer
Wednesday, November 30, 2005

A dietary supplement marketed to fitness and health enthusiasts on the Internet and in body-building shops contains anabolic steroids linked to two of the biggest doping scandals in sports history, including the renowned case involving East German Olympic athletes in the 1960s and '70s, according to a prominent researcher.

Advertisement

### 1 Tip for a tiny belly :



Cut down a bit of your belly everyday by following this 1 weird old tip

Tip ▶

The supplement, which is sold under the name Halodrol-50, contains a steroid that closely resembles Oral-Turinabol, the principal steroid used to fuel East Germany's secret, systematic sports doping program, according to Don Catlin of the UCLA Olympic Analytical Laboratory.

Catlin said it also contains DMT, or madol, a steroid federal authorities say was developed for Bay Area Laboratory Co-operative (BALCO), the California nutritional supplement company at the center of a scheme to provide prominent professional athletes with undetectable performance-enhancing drugs.

Catlin analyzed the makeup of Halodrol-50 for The Washington Post, which purchased the product on the Internet and reimbursed the Los Angeles researcher for the cost of the testing.

The discovery provides further evidence that the country's multimillion-dollar dietary supplements industry also has become a clearinghouse for the distribution of anabolic steroids, which help build muscle and speed recovery from strenuous exercise but also can cause serious health problems when used in excess.

Last month, Catlin tested five other dietary supplements obtained by The Post and found that each contained anabolic steroids, four of which had not been previously detected. The Food and Drug Administration announced after publication of The Post's story on Oct. 18 that it had opened an investigation into the four companies marketing them.

An FDA spokeswoman said yesterday that the investigation is continuing. The official declined further comment.

It is illegal to sell anabolic steroids or any unapproved drugs as dietary supplements.

Halodrol-50, which costs $50 to $80 for a bottle of 30 tablets, is marketed by Gaspari Nutrition, a dietary supplements company based in Neptune, N.J., that sells bodybuilding and weight-loss products. Halodrol-50 claims on its label to "induce maximal visible changes in size and strength in the shortest period of time possible." It also recommends that the product not be used by anyone under age 21.

The Halodrol-50 label further states that it contains polydehydrogenated, polyhydroxylated halomethetioallocholane. Catlin described that chemical descriptor as "hocus-pocus." He said the language was outdated and vague and appeared to be deliberately misleading. The label makes no mention of DMT or other anabolic steroids.

"It's obfuscation," Catlin said. "There·is no attempt to be clear and concise and to describe the product for what it is."

Rich Gaspari, owner of Gaspari Nutrition, did not respond to two requests for an interview made by telephone to associates at his company. He also did not respond to two e-mail requests for comment.

However, Bruce Kneller, a consultant to Gaspari, wrote in an e-mail late yesterday that he had spoken to Gaspari and was conveying a comment on Gaspari's behalf. "The product . . . was discontinued several weeks ago after the publication of an inflammatory article in The Washington Post," Kneller said, referring to the Oct. 18 Post story. "It is no longer made or sold by Gaspari Nutrition and, in fact, was only available for less than three weeks."

Though Halodrol-50 is no longer available on the Gaspari Nutrition Web site, the product continues to be marketed on other Web sites that sell bodybuilding substances.

In an e-mail sent by a Gaspari official to a distributor, which was provided to The Post, the Gaspari official said Halodrol-50 and another product called Orastan E no longer advertised on Gaspari's Web site would continue to be sold to good customers. The Gaspari official added that he hoped "the government and media will ignore us and think we got rid of them," focusing instead on the "other companies."

Oral-Turinabol anchored the secretive doping program in communist East Germany that led to that country's emergence as an Olympic power three decades ago, according to classified documents uncovered in 1990 following the fall of the Berlin Wall. At the 1976 Summer Games in Montreal, East German women won 11 of the 13 swimming events. But the side effects from the massive doses of steroids administered to the East German competitors were as remarkable as the athletes' successes. Women developed excessive body hair, deepened voices, massive shoulders and male secondary sex characteristics.

Criminal trials in 2000 resulted in the convictions of East Germany's Olympic president and chief sports doctor, but a number of former athletes are still grappling with medical, legal and psychological issues related to the doping program. ·

One of the two steroids found in Halodrol-50, Catlin said, more closely resembles Oral-Turinabol than any other known steroid, but the two are not identical in structure. The steroid would be undetectable in standard drug tests because it is not an exact match with Oral-Turinabol.

"This is an unknown," Catlin said. "If I had to pick one it's ever so close to, it's Oral-Turinabol. . . . It's very close."

Athletes taking Halodrol-50 would flunk standard sport drug tests, however, because DMT -- which Catlin identified more than a year ago -- is now detectable. DMT was one of three steroids found associated with BALCO. The others were norbolethone and THG, also known as "the clear."

The FDA is investigating four other dietary supplement companies named in the Oct. 18 story in which The Post reported that Catlin had found anabolic steroids in five products produced by four companies: Anabolic Xtreme, Applied Lifescience Research Industries, Legal Gear and PharmaGenX. The story led Rep. Thomas M. Davis III (R-Va.) to demand that the FDA explain its efforts to ensure that dietary supplements did not contain steroids. The FDA said in a Nov. 7 letter to Davis that the companies could face punitive action.

View all comments that have been posted about this article.

© 2005 The Washington Post Company

**Sponsored Links**

**1 Mom's $279/Day Trick**
We Investigated How She Makes $4,000/Month. You Won't Believe How...
News7Weekly.com

**When Banks Compete, You Win!**
Refi & lower payments today: $400,000 for only $1,687/mo. No SSN required.
QuickMatch.LendingTree.com

**Mortgage Rates Hit 3.19%**
If you owe under $729k you probably qualify for Gov't Refi Programs
www.SeeRefinanceRates.com

Buy a link here

# EXHIBIT H

Case 2:10-cv-09927-GAF-SH) Document 8  Filed 01/31/11  Page 63 of 87  Page ID #:167

- HOME
- SEARCH
- MYSPACE
- ONLINE STORE
- SHOPPING CART

# Gaspari Nutrition - The Name You Trust. The Brand That Works.

- Company
- Products
- Hardcore News
- Team Gaspari
- Contact

Meet Team Gaspari

May 30th - Vitamin Shoppe - Pasadena, CA - Cathy

May 30th - Apollon Gym - Edison, N - Chris

- Novedex XT
  - Testimonials
  - Facts
  - Usage
  - Warning
  - Test Facts
  - Testosterone FAQs
  - Clinical Trial
  - Novedex XT™ TEST drive
  - Testosterone for the thinking man
- SuperPump250
- SizeOn
- Halodrol Liquigels
- 3° Burn
- IntraPro
- Thermogenic Thyrotabs
- Cytolean

- Triple Anabolic Arsenal
- Ultimate Anabolic Stack
- Starter Kit
- T-Shirts & Photos
- Product FAQs
- Gaspari Nutrition Retailers
- Locate Gaspari Products
- Clinical Trials

Novedex XT Clinical Trial

# OHIO RESEARCH GROUP

Ziegenfuss T.N., Mendel R.W., and Hofheins J.E. **Safety and Efficacy of a Naturally-Occurring, Orally Administered, Aromatase Inhibitor in Healthy Men**. Ohio Research Group of Exercise Science and Sports Nutrition. Wadsworth, Ohio 44281, USA. tim@ohioresearchgroup.com

**Rationale:** In healthy men, it is known that blocking estrogen formation stimulates the HPT axis to increase *in vivo* testosterone production. Recently, a new class of dietary supplements has appeared that claim to inhibit the aromatase enzyme (i.e., decrease the transformation of aromatizable androgens [androstenedione, DHEA, testosterone] into estrogens [estriol, estrone, estradiol]), thus stimulating an increase in testosterone formation.

**Purpose:** The purpose of this pilot study was to examine the effects of a popular aromatase inhibitor, Novedex XT® (NOV-XT), on selected hormonal responses (total testosterone [TT], bioavailable testosterone [BT] and estradiol [E2]), as well as serum and plasma markers of renal, hepatic, and hematological function.

**Methods:** Using an open-label, proof-of-concept design, five eugonadal men (mean ± SD age, height, weight, body fat: $31.6 \pm 2.8$ yr, $174.3 \pm 1.8$ cm, $84.3 \pm 3.8$ kg, $11.2 \pm 3.3$ %) ingested 4 capsules of NOV-XT prior to bed for 28 consecutive days. According to the manufacturer, each capsule of NOV-XT contains 60 mg of a proprietary blend of three naturally-occurring aromatase inhibitors: 6, 17-keto-etiocholeve-3-ol tetrahydropyranol, 3, 17-keto-etiochol-triene, and 3',5,7-trihydroxy-4'-methoxyflavone (supplements were provided by an FDA-registered, pharmaceutically licensed manufacturer; confirmation by an external laboratory is pending). Blood samples obtained at baseline (prior to supplementation), and at weekly intervals thereafter for 28 days, were analyzed for TT, BT, and E2 by radioimmunometric and chemilluminetric assays. Subjects were required to maintain their normal dietary and training patterns during the study. All blood samples were obtained at the same time of day (0700-0900) to minimize diurnal variation. Hormone concentrations were statistically analyzed by ANOVA and Tukey's HSD post-hoc test. Dependent t-tests were used to compare changes in blood chemistries. Statistical significance was accepted at $p<0.05$.

**Results:** Compared to baseline, NOV-XT administration rapidly and significantly increased TT and BT. Mean changes from baseline for TT after one, two, three, and four weeks of NOV-XT administration were: +145% ($p<0.006$), +183% ($p<0.0005$), +232% ($p<0.0002$), and +240% ($p<0.0002$), respectively. Mean changes from baseline for BT after one, two, three, and four weeks of NOV-XT administration were: +300% ($p<0.01$), +402% ($p<0.0009$), +511% ($p<0.0002$), and +528% ($p<0.0002$), respectively. Despite these large increases in TT and BT, no significant aromatization to estradiol occurred (i.e., E2 concentrations remained unchanged). No significant changes in clinical blood chemistries (fasting glucose, BUN, creatinine, bilirubin, alkaline phosphatase, aspartate aminotransferase, alanine aminotransferase, sodium, potassium, chloride, calcium, albumin, globulin, $CO_2$, total protein, total cholesterol, triglycerides, HDL-cholesterol,

LDL-cholesterol, VLDL-cholesterol) or systemic hemodynamics (heart rate, systolic blood pressure, diastolic blood pressure) were observed, nor were any adverse events noted during the study.

| Variable | Baseline | Day 7 | Day 14 | Day 21 | Day 28 |
|---|---|---|---|---|---|
| Testosterone (ng/dL) | 517 (162) | 1265 (252) * | 1515 (212) * | 1714 (322) * | 1758 (435) * |
| Bio T (ng/dL) | 159 (57) | 636 (265) * | 798 (94) * | 971 (226) * | 998 (210) * |
| Estradiol (pg/mL) | 22 (3) | 19 (9) | 16 (9) | 19 (11) | 19 (9) |
| Glucose (mg/dL) | 90 (4) | | | | 87 (10) |
| BUN:Cr | 17 (5) | | | | 17 (4) |
| Bilirubin (mg/dL) | 0.8 (0.5) | | | | 0.9 (0.5) |
| ALP (IU/L) | 84 (32) | | | | 67 (43) |
| AST (IU/L) | 27 (7) | | | | 27 (8) |
| ALT (IU/L) | 29 (11) | | | | 31 (15) |
| Chol (mg/dL) | 156 (19) | | | | 163 (27) |
| TAG (mg/dL) | 74 (22) | | | | 72 (19) |
| HDL (mg/dL) | 54 (3) | | | | 51 (9) |
| LDL (mg/dL) | 87 (18) | | | | 97 (20) |
| SBP (mm Hg) | 124 (5) | | | | 124 (11) |
| DBP (mm Hg) | 75 (6) | | | | 74 (14) |

Data are reported as mean ($\pm$ SD). * indicates significantly different from corresponding baseline value. Bio T = bioavailable (free+weekly bound) testosterone, BUN:Cr = blood urea nitrogen:creatinine ratio, ALP = alkaline phosphatase, AST = aspartate aminotransferase, ALT = alanine aminotransferase, Chol = total cholesterol, TAG = triglycerides, HDL = high density lipoprotein, LDL = low density lipoprotein, SBP = systolic blood pressure, DBP = diastolic blood pressure.

**Conclusions**: Within the framework of the current experimental design, these preliminary data indicate that four weeks of NOV-XT supplementation significantly elevates serum TT and BT, likely via the inhibition of estradiol formation. Further, NOV-XT does not appear to result in any deleterious effects on blood chemistry or systemic hemodynamics in healthy, eugonadal men. Future research is necessary to confirm and refine these results in a larger sample size, as well as examine the impact of NOV-XT on androgenic and estrogenic metabolites, body composition, and muscular performance. Supported in part by a research grant from Gaspari Nutrition (Neptune, NJ).

# BAYLOR UNIVERSITY STUDY

*Willoughby D. S., & Wilborn C. Eight weeks of aromatase inhibition using the nutritional supplement Novedex XT: Effects on serum steroid hormones, body composition, and clinical safety markers in young, eugonadal males. International Journal of Sports Nutrition and Exercise Metabolism.*
Manuscript Accepted for February 2007 Publication.

In yet another (the 3rd) independent clinical research study, Novedex XT® shows why it is rightfully known as the **#1 Testosterone Modulating Supplement of All Time** and why it is the #1 Selling Testosterone Modulating Supplement... EVER! No other "supposed testosterone modulating" supplement has even one, **never mind THREE (3)** independent clinical research studies conducted on it to demonstrate that it works and is safe like Novedex XT® does. If the other guy's supplements do not have any studies to show their product works, how do they know it works? **More importantly, how do YOU know it works?** Who wants

to spend hard earned money for a "maybe?" In this landmark 11 week independent clinical trial conducted by Dr. Darryn Willoughy at Baylor University, Novedex XT® did not cause any significant changes in any Serum Clinical Chemistry Markers (including liver studies and cholesterol/HDL/LDL) or Urine Clinical Safety Markers or even in PSA – a significant clinical marker for prostate health! But Novedex XT® did cause an average of **600%+ increase in free testosterone!** This change is so dramatic that if you are a "tested athlete" we strongly suggest that you discuss use of Novedex XT® with your sanctioning body before using it. With results this powerful, you might be wrongfully accused of "cheating." Even more importantly, all of the clinical parameters checked, including LH/FSH and GH, everything returned back to baseline (normal) levels within 21 days of discontinuation of Novedex XT® showing that even using Novedex XT™ for 60 days straight does not "shut you down" when you come off of it.

## Figure Legends

**Figure 1.** Serum total testosterone levels over the course of the 11 weeks. A group x time interaction was observed
(p = 0.001). * denotes a significant increase for the
Novedex group compared to placebo at the 4- and 8-week sampling period.

**Figure 2.** Serum free testosterone levels over the course of the 11 weeks. A group x time interaction was observed
(p = 0.001). * denotes a significant increase for the
Novedex group compared to placebo at the 4- and 8-week sampling period.

**Figure 3.** Serum free testosterone/estradiol ratio (T/E) levels over the course of the 11 weeks. A group x time interaction was observed (p = 0.002). * denotes a significant increase for the Novedex group compared to placebo at the 4- and 8-week sampling period.

**Table 1.** Four-Day Dietary Analyses for the Placebo and Novedex Groups During Weeks 0, 8, and 11.

| Variable/Group | Week 0 | Week 8 | Week 11 |
|---|---|---|---|
| Protein (g/kg) | | | |
| Placebo | 1.9 ± 1.0 | 2.4 ± 1.6 | 2.4 ± 1.4 |
| Novedex | 2.5 ± 0.8 | 2.7± 1.1 | 2.6 ± 0.9 |
| Fat (g/kg) | | | |
| Placebo | 1.7 ± 0.5 | 1.5 ± 0.5 | 1.3 ± 0.8 |
| Novedex | 1.7 ± 1.6 | 1.3 ± 0.6 | 1.2 ± 0.49 |
| Carbohydrates (g/kg) | | | |
| Placebo | 2.3 ± 0.6 | 2.2 ± 0.6 | 2.3 ± 0.7 |
| Novedex | 2.6 ± 1.3 | 2.8 ± 1.3 | 2.8 ± 1.5 |
| Total Calories (kcal/kg) | | | |
| Placebo | 26 ± 6.0 | 28 ± 8.0 | 28 ± 6.0 |
| Novedex | 31 ± 10.0 | 31 ± 8.0 | 31 ± 9.0 |

Data are means and ± standard deviations. No significant differences were observed between groups throughout the 11-week study for total calories or macronutrient intakes ($p > 0.05$).

**Table 2.** Serum Hormones Values for the Placebo and Novedex Groups at Weeks 0, 4, 8, and 11.

| Variable/Group | Week 0 | Week 4 | Week 8 | Week 11 |
|---|---|---|---|---|
| **PSA (ng/ml)** | | | | |
| Placebo | 3.41 ±0.57 | 3.54 ±0.61 | 3.68 ±0.55 | 3.43 ±0.49 |
| Novedex | 3.27 ±0.56 | 3.53 ±0.62 | 3.37 ±0.64 | 3.14 ±0.28 |
| **Estrone (pg/ml)** | | | | |
| Placebo | 361.19 ±63.71 | 395.05 ±124.31 | 392.02 ±173.80 | 410.32 ±150.63 |
| Novedex | 405.10 ±167.07 | 430.74 ±85.40 | 433.89 ±118.46 | 431.04 ±153.04 |
| **Estradiol (pg/ml)** | | | | |
| Placebo | 63.00 ±50.29 | 54.33 ±38.21 | 58.33 ±37.18 | 56.77 ±36.92 |
| Novedex | 78.00 ±80.89 | 91.62 ±101.11 | 102.50 ±124.95 | 75.25 ±73.96 |
| **Estriol (pg/ml)** | | | | |
| Placebo | 0.06 ±0.03 | 0.10 ± 0.05 | 0.12 ±0.04 | 0.13±0.05 |
| Novedex | 0.07 ±0.04 | 0.07 ± 0.05 | 0.10 ±0.02 | 0.11±0.04 |
| **FEI** | | | | |
| Placebo | 4.11 ±4.61 | 4.08 ±5.25 | 4.45 ±5.34 | 4.05 ±4.45 |
| Novedex | 4.28 ±4.30 | 5.72 ±5.31 | 6.43 ±6.58 | 4.19 ±2.96 |
| **SHBG (pg/ml)** | | | | |
| Placebo | 18.17 ±5.27 | 17.25 ±5.07 | 17.07 ±5.21 | 17.56 ±5.74 |
| Novedex | 19.18 ±7.98 | 16.49 ±7.27 | 16.22 ±8.15 | 18.11 ±8.29 |
| **LH (pg/ml)** | | | | |
| Placebo | 3.53 ±1.46 | 4.66 ±2.05 | 4.41 ±1.93 | 3.44 ±1.64 |
| Novedex | 3.98 ±2.19 | 4.56 ±2.29 | 4.11 ±2.85 | 3.25 ±2.11 |
| **FSH (pg/ml)** | | | | |
| Placebo | 19.34 ±29.03 | 20.22 ±29.89 | 18.16 ±26.85 | 18.12 ±27.03 |
| Novedex | 9.04 ±14.75 | 10.30 ±17.07 | 9.75 ±16.72 | 7.98 ±13.21 |
| **Cortisol (pg/ml)** | | | | |
| Placebo | 32.73 ±5.69 | 31.86 ±9.05 | 29.80 ±6.11 | 31.06 ±6.59 |
| Novedex | 30.93 ±5.06 | 29.26 ±6.76 | 33.16 ±6.42 | 31.70 ±5.00 |
| **GH (pg/ml)** | | | | |
| Placebo | 111.98 ±141.79 | 63.38 ±120.91 | 83.11 ±114.62 | 101.46 ±144.48 |
| Novedex | 81.59 ±118.49 | 30.92 ±18.68 | 59.52 ±75.13 | 58.42 ±120.46 |

Data are means ± standard deviations. No significant differences were observed between groups throughout the 11-week study for and of the hormones variables included above (p > 0.05).

**Table 3.** Body Composition Values for Total Body Mass, Total Body Water, Percent Fat, and Fat-Free Mass for the Placebo and Novedex Groups at Weeks 0, 4, 8, and 11.

| Variable/Group | Week 0 | Week 4 | Week 8 | Week 11 |
|---|---|---|---|---|
| **Total Body Mass (kg)** | | | | |
| Placebo | 87.62 | 87.76 | 87.62 | 88.19 |
| | ±10.44 | ±10.29 | ±10.06 | ±11.17 |
| Novedex | 95.83 | 96.70 | 95.63 | 95.97 |
| | ±17.61 | ±16.96 | ±16.83 | ±17.22 |
| **Total Body Water (kg)** | | | | |
| Placebo | 48.94 | 49.38 | 49.32 | 50.81 |
| | ±4.67 | ±3.86 | ±3.99 | ±5.34 |
| Novedex | 54.06 | 56.05 | 56.62 | 55.69 |
| | ±9.48 | ±8.95 | ±7.91 | ±7.85 |
| **Body Fat (%)** | | | | |
| Placebo | 18.40 | 19.04 | 18.66 | 19.10 |
| | ±6.32 | ±6.30 | ±6.49 | ±6.96 |
| Novedex | 16.01 | 15.78 | 15.26 | 15.61 |
| | ±5.57 | ±5.70 | ±5.27 | ±5.58 |
| **Fat-Free Mass (kg)** | | | | |
| Placebo | 71.07 | 70.64 | 70.85 | 70.87 |
| | ±5.80 | ±5.86 | ±5.68 | ±6.43 |
| Novedex | 80.10 | 81.11 | 81.47 | 80.63 |
| | ±13.21 | ±13.16 | ±12.95 | ±13.31 |

Data are means ± standard deviations. No significant differences were observed between groups throughout the 11-week study for total body mass, total body water, or fat-free mass (p > 0.05).

## Hardcore News Banner

Thermogenic Thyrotabs/Cytolean Stack

MD Magazine reports: Novedex XT Increases Testosterone & Cuts Fat

MD Magazine recognizes Novedex XT

Gaspari Wins "Rising Star Award"

Subscribe to our newsletter Get training tips and more...

Advertisement

- HOME
- COMPANY
- PRODUCTS
- NEWS
- TEAM GASPARI
- CONTACT
- PRIVACY
- Site by Answermen Ltd.

All rights reserved © 2001-2006 Gaspari Nutrition, Inc., 501 Prospect St., Suite 107, Lakewood, NJ 08701 USA

# EXHIBIT I

*International Journal of Sport Nutrition and Exercise Metabolism*, 2007, 17, 92-108
© 2007 Human Kinetics, Inc.

# Eight Weeks of Aromatase Inhibition Using the Nutritional Supplement Novedex XT: Effects in Young, Eugonadal Men

## Darryn S. Willoughby, Colin Wilborn, Lemuel Taylor, and William Campbell

This study examined the effects of an aromatase-inhibiting nutritional supplement on serum steroid hormones, body composition, and clinical safety markers. Seventeen eugonadal young men ingested either Novedex XT™ or a placebo daily for 8 wk, followed by a 3-wk washout period. Body composition was assessed and blood and urine samples obtained at weeks 0, 4, 8, and 11. Data were analyzed by 2-way repeated-measures ANOVA. Novedex XT resulted in average increases of 283%, 625%, 566%, and 438% for total testosterone ($P = 0.001$), free testosterone ($P = 0.001$), dihydrotestosterone ($P = 0.001$), and the testosterone:estrogen ratio ($P = 0.001$), respectively, whereas fat mass decreased 3.5% ($P = 0.026$) during supplementation. No significant differences were observed in blood and urinary clinical safety markers or for any of the other serum hormones ($P > 0.05$). This study indicates that Novedex XT significantly increases serum androgen levels and decreases fat mass.

*Key Words:* testosterone, estrogen, body composition, dihydrotestosterone

Many interested in improving muscle mass and strength typically use anabolic steroids. Anabolic steroids are testosterone derivatives that are used based on their ability to increase serum testosterone levels, thereby stimulating protein synthesis and/or decreasing protein breakdown and increasing muscle mass and strength. The exogenous administration of testosterone in healthy, young eugonadal men increases net protein synthesis and reutilization of intracellular amino acids in skeletal muscle (4). In addition, testosterone increases fat-free mass and decreases fat mass in young men (2, 8). Because of the legal and ethical ramifications associated with anabolic steroid use, however, over the last decade nutritional-supplement companies have tried to create prohormone- and testosterone-derivative compounds such as androstenedione, with the hope of increasing serum testosterone and its subsequent anabolic effects, but have had limited success. The newest type of these nutritional supplements is alleged to be aromatase inhibitors (AIs), which are available on the market with promises of suppressing estrogen levels and subsequently increasing endogenous free-testosterone

The authors are with the Dept. of Health, Human Performance, and Recreation, Waco, TX 76798-7313.

levels (increased free-testosterone:estrogen [T:E] ratio), thereby increasing muscle strength and fat-free mass. Although the effects of various pharmacologic AIs (e.g., anastrozole, exemestane) on the T:E in both young and old men are well characterized (15, 16, 21), none of the claims made by companies marketing AI nutritional supplements appear to be substantiated by any research.

In males, the biosynthesis of estrogens from $C_{19}$ steroids is regulated by the aromatase cytochrome p450 (CYP19), a product of a single CYP19 gene. This enzyme regulates the T:E (an estimate of aromatase activity), irreversibly catalyzes the conversion of androstenedione to estrone (E1) and testosterone to estradiol (E2), and is widely expressed in numerous tissues (19). In men, approximately 80% of circulating estrogens are produced in extraglandular tissues (e.g., adipose, muscle, skin, bone) (11). Because E2 is a crucial mediator of hormonal feedback at the pituitary and hypothalamus in men (7), aromatase inhibition would be expected to promote endogenous pituitary stimulation of testicular testosterone production (13). An attenuation in the T:E, such as with aging, is known to increase fat mass and decrease fat-free mass and muscle strength in men (3), and longer term studies with androgen replacement in men with low or borderline testosterone levels have shown beneficial effects on body composition with no effects on muscle strength (20).

In young men receiving daily 1.0-mg doses of the irreversible AI anastrozole for 10 wk, contrary to the effects of testosterone withdrawal there were significant decreases in E2 with concomitant increases in serum testosterone, luteinizing hormone (LH), and follicle-stimulating hormone (FSH). There were, however, no significant estrogen-suppressive changes in fat mass, fat-free mass, muscle strength, or rates of protein synthesis or degradation (16). The use of AI nutritional supplements in the sports and fitness community is a new approach, and even in light of the fact that there appear to have been no studies conducted using any of these AI sport supplements, nutritional-supplement companies continue to market these products on the premise that they will inhibit aromatase activity, with the supposed result being an increased T:E and a subsequent increase in muscle mass and strength.

Because there currently appear to be no published data on the effects of alleged AI nutritional supplements, we used a commercially available AI nutritional supplement (Novedex XT™) and designed this study with the purpose of determining the effects of 8 wk of AI supplementation on serum steroid hormones, clinical safety markers, and body composition. We also sought to determine the effects of a 3-wk washout period on the same variables assessed during the supplementation period. We hypothesized that this AI nutritional supplement would have no effect on serum steroid-hormone profiles, clinical safety markers, or body composition during the course of the 11-wk study.

## Methods

### Participants

Sixteen resistance-trained (regular resistance training for at least 3 y), eugonadal men with a mean ± SD age of 26.11 ± 4.42 y, height of 182.88 ± 6.83 cm, total body mass of 91.48 ± 14.42 kg, fat-free mass of 75.59 ± 9.50 kg, and body fat of 17.20% ± 5.94% participated in this placebo-controlled, double-blind study.

**94** Willoughby et al.

All were cleared for participation by passing a mandatory medical screening. Participants with contraindications to exercise as outlined by the American College of Sports Medicine or who had consumed any nutritional supplements (excluding multivitamins) such as creatine monohydrate or various androstenedione derivatives or pharmacologic agents such as anabolic steroids 2 mo before the study were not allowed to participate. All eligible subjects signed a university-approved informed-consent document. In addition, all experimental procedures involved in this study conformed to the ethical considerations of the Helsinki Code.

## Testing Sessions

Total body mass and body composition were determined at week 0 and after weeks 4, 8, and 11. Total body mass (kg) was determined on a standard dual-beam balance scale (Detecto, Bridgeview, IL). Percentage body fat, fat mass, and fat-free mass were determined using DEXA (Hologic 4200W, Waltham, MA). Total body water was determined by bioelectric-impedance analysis (Xitron Technologies Inc., San Diego, CA). Venous-blood samples were obtained from the antecubital vein into a 10-mL collection tube. Blood samples were allowed to stand at room temperature for 10 min and then centrifuged. The serum was removed and frozen at –20 °C for later analysis. Urine samples were obtained in midstream in a collection container using a standard collection protocol. Urine samples were frozen at –20 °C for later analysis. Blood and urine samples were obtained at week 0 and after weeks 4, 8, and 11 (3-wk washout period) after a 12-h fast and standardized to the same time of day for each sample. On completing the 8-wk supplementation protocol, all participants underwent a 3-wk washout period. At the end of the washout period, all testing and assessment procedures were performed in the identical fashion as at weeks 0, 4, and 8.

## Supplementation Protocol

Participants were equally divided, matched by age and body mass, and then randomly assigned in double-blind fashion to an 8-wk supplementation protocol consisting of oral ingestion of either Novedex or placebo. The Novedex group ($n = 8$; total body mass = 95.83 ± 17.61 kg, fat-free mass = 80.10 ± 13.21 kg, body fat = 18.40% ± 6.32%) ingested 4 capsules/d (72 mg/d) of AI Novedex XT™ (hydroxyandrost-4-ene-6,17-dioxo-3-THP ether and 3,17-diketo-androst-1,4,6-triene; Gaspari Nutrition, Neptune, NJ) at bedtime, whereas the placebo group ($n = 8$; total body mass = 87.62 ± 10.44 kg, fat-free mass = 71.07 ± 5.80 kg, body fat = 16.01% ± 5.57%) ingested 4 capsules/d of 72-mg maltodextrin at bedtime. After the supplementation period, a 3-wk washout period was required in which neither supplement was ingested. During both the supplementation and washout periods, the participants' resistance-training sessions and dietary intake were not supervised; however, it was required that all participants keep detailed training and dietary records and not change their routine dietary habits or level of physical activity. On analysis of serum testosterone from the baseline blood samples at week 0, it was confirmed that all participants completing the study were eugonadal (10–30 nmol/L [27–107 ng/mL]) (13) and also had a normal T:E and free-estrogen index (FEI; estrogen/sex-hormone-binding globulin [SHBG]) (21).

## Physical Activity and Dietary Records

The participants' diets and physical activity levels were not standardized, and participants were asked to not change their dietary habits during the course of the study. Participants were required to keep weekly physical activity records and 4-d dietary records during weeks 0, 8, and 11 and turn them in during each testing session. Each participant returned all of their dietary and physical activity evaluations at the required time points for a 100% compliance rate. The 4-d dietary recalls were evaluated with the Food Processor dietary-assessment software program (Salem, OR) to determine the average daily macronutrient consumption of fat, carbohydrate, and protein.

## Serum Hormone Analyses

Serum samples were assayed for the hormones total and free testosterone, dihydrotestosterone (DHT), total prostate specific antigen (PSA), E1, E2, estriol (E3), SHBG, LH, growth hormone (GH), cortisol (Diagnostics Systems Laboratories, Webster, TX), and FSH (Alpco Diagnostics, Windham, NH), using enzyme-linked immunoabsorbent assays (ELISA) and enzyme-immunoabsorbent assays (EIA) with a Wallac Victor-1420 microplate reader (Perkin-Elmer Life Sciences, Boston, MA), and the assays were performed at a wavelength or either 450 or 405 nm, respectively.

## Blood and Urinary Clinical Safety Marker Analyses

The serum clinical-chemistry variables glucose, total protein, blood urea nitrogen, creatinine, BUN:creatinine ratio, uric acid, AST, ALT, CK, LDH, GGT■, albumin, globulin, sodium, chloride, calcium, carbon dioxide, total bilirubin, alkaline phosphatase, triglycerides, cholesterol, high-density lipids, and low-density lipids were determined with a Dade Dimension clinical-chemistry analyzer (Dade-Behring, Inc., Newark, DE). The whole blood, hematological variables, hemoglobin, hematocrit, red-blood-cell counts, MCV, MCH, MCHC, RDW■, neutrophils, lymphocytes, monocytes, eosinophils, and basophils were determined with an Abbott Cell Dyne 3500 hematology analyzer (Abbott Laboratories, Chicago, IL). The urinary variables glucose, ketones, blood, protein, nitrite, bilirubin, leukocyctes, specific gravity, pH, and urobilinogen were analyzed with a Bayer Clinitek 200 Plus urine analyzer (Bayer Diagnostics, Tarrytown, NY).

## Statistical Analyses

Statistical analyses were via separate $2 \times 4$ (group [Novedex, placebo] × test [weeks 0, 4, 8, 11]) factorial analyses of variance (ANOVA) with repeated measures for each criterion variable. Further analysis of the main effects for group and test were performed by separate 1-way ANOVAs. Significant between-groups differences at each testing session were then determined with the Tukey post hoc test. Bivariate correlations were performed on selected variables using the Pearson product–moment correlation coefficient. All statistical procedures were performed using SPSS 11.0 software, and a probability level of <0.05 was adopted throughout.

**96**   Willoughby et al.

Power analysis of the design indicates that a sample size of 8 per group yields a power greater than 0.80, with delta values between 0.80 and 1.25.

# Results

## Dietary and Physical Activity Analysis

There were no significant differences between groups in total daily caloric or macronutrient intake of carbohydrates, protein, and fats over the course of the 11 wk (Table 1; $P > 0.05$). In addition, subjective analysis of the physical activity evaluations revealed that none of the participants had any noticeable changes in their level of physical activity over the course of the 11 wk.

## Hormones

Significant group $\times$ time interactions were observed for total testosterone ($P = 0.001$; Figure 1), free testosterone ($P = 0.001$; Figure 2), DHT ($P = 0.001$; Figure 3), and T:E ($P = 0.002$; Figure 4), indicating increases in these variables for the Novedex group compared with placebo at the 4- and 8-wk sampling periods. No significant interactions or main effects ($P > 0.05$) were observed, however, for PSA, E1, E2, E3, SHBG, FEI, LH, FSH, GH, and cortisol (Table 2).

**Table 1   Four-Day Dietary Analyses for the Placebo and Novedex Groups During Weeks 0, 8, and 11, Mean ± SD**

| | Placebo | | | Novedex | | |
|---|---|---|---|---|---|---|
| | Week 0 | Week 8 | Week 11 | Week 0 | Week 8 | Week 11 |
| Protein (g/kg) | 1.9 ± 1.0 | 2.4 ± 1.6 | 2.4 ± 1.4 | 2.5 ± 0.8 | 2.7 ± 1.1 | 2.6 ± 0.9 |
| Fat (g/kg) | 1.7 ± 0.5 | 1.5 ± 0.5 | 1.3 ± 0.8 | 1.7 ± 1.6 | 1.3 ± 0.6 | 1.2 ± 0.5 |
| Carbohydrates (g/kg) | 2.3 ± 0.6 | 2.2 ± 0.6 | 2.3 ± 0.7 | 2.6 ± 1.3 | 2.8 ± 1.3 | 2.8 ± 1.5 |
| Total calories (kcal/kg) | 26 ± 6.0 | 28 ± 8.0 | 28 ± 6.0 | 31 ± 10.0 | 31 ± 8.0 | 31 ± 9.0 |

No significant differences were observed between groups throughout the 11-wk study for total calories or macronutrient intakes ($P > 0.05$).

## Body Composition

No significant group $\times$ time interactions were observed for any of the body-composition variables. For fat mass, however, there was a significant main effect for group ($P = 0.038$) and test ($P = 0.009$), indicating decreases in fat mass for the Novedex group compared with placebo occurring at the 8-wk sampling period (Figure 5). No significant changes ($P > 0.05$) were observed, however, for total body mass, total body water, or fat-free mass (Table 3).



**Figure 1** — Serum total testosterone levels over the course of the 11 wk. A group × time interaction was observed ($P = 0.001$). *Significant increase for the Novedex group compared with placebo at the 4- and 8-wk sampling period.



**Figure 2** — Serum free-testosterone levels over the course of the 11 wk. A group × time interaction was observed ($P = 0.001$). *Significant increase for the Novedex group compared with placebo at the 4- and 8-wk sampling period.



**Figure 3** — Serum dihydrotestosterone levels over the course of the 11 wk. A group × time interaction was observed ($P = 0.001$). *Significant increase for the Novedex group compared with placebo at the 4- and 8-wk sampling period.

**98** Willoughby et al.



**Figure 4 —** Serum free-testosterone:estradiol ratio (T:E) levels over the course of the 11 wk. A group × time interaction was observed ($P = 0.002$). *Significant increase for the Novedex group compared with placebo at the 4- and 8-wk sampling period.



**Figure 5 —** Fat mass over the course of the 11 wk. A significant main effect for group ($P = 0.038$) and test ($P = 0.009$) was observed. *Significant decreases in fat mass for the Novedex group compared with placebo occurring at the 8-wk sampling period.

## Clinical Safety Data

No significant group × time interactions or main effects ($P > 0.05$) were observed for any of the whole-blood, serum, and urinary clinical safety markers (Tables 4, 5, and 6).

## Discussion

The purpose of this study was to evaluate the effects of an alleged AI nutritional supplement on serum hormone levels, body composition, and clinical safety markers. Our hypothesis was not supported because this study demonstrated 8 wk of

Table 2 Serum-Hormone Values for the Placebo and Novedex Groups at Weeks 0, 4, 8, and 11, Mean ± SD

| | Placebo | | | | Novedex | | | |
|---|---|---|---|---|---|---|---|---|
| | Week 0 | Week 4 | Week 8 | Week 11 | Week 0 | Week 4 | Week 8 | Week 11 |
| PSA (ng/mL) | 3.4 ± 0.5 | 3.5 ± 0.6 | 3.7 ± 0.6 | 3.4 ± 0.5 | 3.3 ± 0.6 | 3.5 ± 0.6 | 3.4 ± 0.6 | 3.1 ± 0.3 |
| Estrone (pg/ml) | 361.2 ± 63.7 | 395.1 ± 124.3 | 392.0 ± 173.8 | 410.3 ± 150.6 | 405.1 ± 167.1 | 43057 ± 85.4 | 433.89 ± 11.5 | 431.0 ± 153.0 |
| Estradiol (pg/mL) | 63.0 ± 50.3 | 54.3 ± 38.2 | 58.3 ± 37.2 | 56.8 ± 36.9 | 78.0 ± 80.9 | 91.6 ± 101.1 | 102.5 ± 124.9 | 75.3 ± 73.9 |
| Estriol (pg/mL) | 0.06 ± 0.03 | 0.10 ± 0.05 | 0.12 ± 0.04 | 0.13 ± 0.05 | 0.07 ± 0.04 | 0.07 ± 0.05 | 0.10 ± 0.02 | 0.11 ± 0.04 |
| FEI | 4.1 ± 4.6 | 4.1 ± 5.3 | 4.5 ± 5.3 | 4.1 ± 4.5 | 4.3 ± 4.3 | 5.7 ± 5.3 | 6.4 ± 6.7 | 4.29 ± 2.9 |
| SHBG (pg/mL) | 18.3 ± 5.4 | 17.3 ± 5.17 | 17.1 ± 5.2 | 17.5 ± 5.7 | 19.2 ± 7.9 | 16.5 ± 7.3 | 16.2 ± 8.2 | 18.1 ± 8.3 |
| LH (pg/dL) | 3.5 ± 1.5 | 4.7 ± 2.1 | 4.4 ± 1.9 | 3.4 ± 1.6 | 3.9 ± 2.2 | 4.6 ± 2.3 | 4.1 ± 2.8 | 3.3 ± 2.1 |
| FSH (pg/mL) | 19.3 ± 29.0 | 20.2 ± 29.9 | 18.26 ± 26.9 | 18.1 ± 27.1 | 19.0 ± 24.8 | 20.3 ± 27.1 | 19.8 ± 26.7 | 17.9 ± 23.2 |
| Cortisol (ng/mL) | 32.8 ± 5.7 | 31.9 ± 9.1 | 29.8 ± 6.1 | 31.1 ± 6.6 | 30.9 ± 5.1 | 29.3 ± 68 | 33.2 ± 6.4 | 31.7 ± 5.0 |
| GH (pg/mL) | 111.9 ± 141.8 | 63.4 ± 120.9 | 83.1 ± 114.6 | 101.5 ± 144.5 | 81.6 ± 118.5 | 30.9 ± 18.7 | 59.5 ± 75.1 | 58.4 ± 120.5 |

PSA indicates prostate-specific antigen; FEI, free-estrogen index; SHBG, sex-hormone-binding globulin; LH, luteinizing hormone; FSH, follicle-stimulating hormone; and GH, growth hormone. No significant differences were observed between groups throughout the 11-wk study for the hormone variables included above ($P > 0.05$).

**100**   Willoughby et al.

Table 3   Body-Composition Values for Total Body Mass, Total Body Water, Fat-Free Mass, and Percentage Body Fat for the Placebo and Novedex Groups at Weeks 0, 4, 8, and 11, Mean ± SD

| | Placebo | | | | Novedex | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Week 0 | Week 4 | Week 8 | Week 11 | Week 0 | Week 4 | Week 8 | Week 11 |
| Total body mass (kg) | 87.6 ± 10.4 | 87.8 ± 10.2 | 87.6 ± 10.1 | 88.2 ± 11.27 | 95.8 ± 17.6 | 96.7 ± 16.9 | 95.6 ± 16.8 | 95.9 ± 17.2 |
| Total body water (kg) | 48.9 ± 4.7 | 49.4 ± 3.8 | 49.3 ± 3.9 | 50.8 ± 5.3 | 54.1 ± 9.5 | 56.1 ± 8.9 | 56.6 ± 7.9 | 55.7 ± 7.8 |
| Fat-free mass (kg) | 71.1 ± 5.8 | 70.6 ± 5.8 | 70.8 ± 5.7 | 70.8 ± 6.4 | 80.1 ± 13.2 | 81.1 ± 13.1 | 81.5 ± 12.9 | 80.6 ± 13.2 |
| Body fat (%) | 18.4 ± 6.3 | 19.4 ± 6.3 | 18.7 ± 6.5 | 19.1 ± 6.9 | 16.1 ± 5.6 | 15.8 ± 5.7 | 15.3 ± 5.3 | 15.6 ± 5.6 |

No significant differences were observed between groups throughout the 11-wk study for total body mass, total body water, or fat-free mass ($P > 0.05$).

**Table 4   Whole-Blood Clinical-Chemistry Markers for the Placebo and Novedex Groups During Weeks 0, 4, 8, and 11, Mean ± SD**

|  | Placebo | | | | Novedex | | | |
|---|---|---|---|---|---|---|---|---|
|  | Week 0 | Week 4 | Week 8 | Week 11 | Week 0 | Week 4 | Week 8 | Week 11 |
| WBCC (K/μL) | 5.8 ± 1.5 | 5.9 ± 1.1 | 5.5 ± 0.7 | 5.4 ± 1.2 | 4.7 ± 1 | 4.9 ± 1.4 | 5.4 ± 2.4 | 5.4 ± 1.9 |
| RBCC (M/μL) | 5.1 ± 0.39 | 5.1 ± 0.42 | 5.2 ± 0.29 | 5.2 ± 0.35 | 5.5 ± 0.8 | 5.1 ± 0.31 | 5.3 ± 0.29 | 5.0 ± 0.39 |
| Hemoglobin (g/dL) | 15 ± 0.08 | 15 ± 1.3 | 15 ± 0.5 | 15 ± 1.1 | 17 ± 1.6 | 16 ± 0.83 | 16 ± 0.85 | 15 ± 0.1 |
| Hematocrit (%) | 44 ± 2.6 | 44 ± 3.4 | 44 ± 1.4 | 45 ± 3.3 | 47 ± 2.8 | 45 ± 2.2 | 47 ± 2.0 | 44 ± 2.8 |
| MCV (fL) | 87 ± 3 | 86 ± 3 | 86 ± 3 | 87 ± 3 | 87 ± 1.5 | 88 ± 2.2 | 89 ± 2.0 | 88 ± 1.7 |
| MCH (pg) | 30 ± 1.2 | 30 ± 1.5 | 30 ± 1.0 | 30 ± 1.0 | 31 ± 0.6 | 30 ± 0.6 | 30 ± 0.5 | 30 ± 0.4 |
| MCHC (g/dL) | 34 ± 0.63 | 35 ± 1.2 | 34 ± 0.82 | 33 ± 1.8 | 35 ± 0.76 | 34 ± 0.75 | 33 ± 0.65 | 34 ± 0.58 |
| Neutrophils | 2.8 ± 0.9 | 3.0 ± 0.44 | 3.0 ± 1.1 | 2.7 ± 0.55 | 2.4 ± 0.6 | 2.6 ± 0.8 | 3 ± 1.6 | 2.9 ± 1.3 |
| Lymphocytes | 1.9 ± 0.57 | 1.9 ± 0.53 | 2.2 ± 0.56 | 1.9 ± 0.70 | 1.7 ± 0.36 | 1.6 ± 0.4 | 1.7 ± 0.66 | 1.7 ± 0.58 |
| Monocytes | .49 ± 0.23 | .55 ± 0.19 | .63 ± 0.47 | .43 ± 0.18 | .36 ± 0.09 | .40 ± 0.14 | .44 ± 0.22 | .47 ± 0.21 |
| Eosinophils | .25 ± 0.19 | .18 ± 0.12 | .17 ± 0.11 | .19 ± 0.10 | .14 ± 0.09 | .14 ± 0.09 | .13 ± 0.08 | .16 ± 0.12 |
| Basophils | .06 ± 0.02 | .06 ± 0.02 | .06 ± 0.02 | .06 ± 0.01 | 0.05 ± 0.02 | .06 ± 0.04 | .07 ± 0.04 | .05 ± 0.03 |

WBCC indicates white-blood-cell count; RBCC, red-blood-cell count; MCH, ■, and MCHC, . No significant differences were observed between groups throughout the 11-wk study for whole-blood clinical-chemistry variables ($P > 0.05$).

102    Willoughby et al.

**Table 5  Serum Clinical-Chemistry Markers for the Placebo and Novedex Groups During Weeks 0, 4, 8, and 11, Mean ± SD**

|  | Placebo | | | | Novedex | | | |
|---|---|---|---|---|---|---|---|---|
|  | Week 0 | Week 4 | Week 8 | Week 11 | Week 0 | Week 4 | Week 8 | Week 11 |
| Triglyceride (mg/dl) | 96 ± 57 | 80 ± 34 | 91 ± 40 | 105.3 ± 54 | 92 ± 35 | 96 ± 57 | 86 ± 39 | 72 ± 12 |
| Cholesterol (mg/dl) | 189 ± 24 | 178 ± 14 | 185 ± 12 | 179 ± 16 | 187 ± 29 | 187 ± 31 | 183 ± 36 | 175 ± 43 |
| HDL (mg/dL) | 66 ± 19 | 61 ± 13 | 57 ± 18 | 59 ± 12 | 50 ± 11 | 53 ± 15 | 48 ± 15 | 51 ± 19 |
| LDL (mg/dL) | 100 ± 17 | 94 ± 16 | 102 ± 12 | 95 ± 12 | 108 ± 18 | 109 ± 12 | 111 ± 24 | 99 ± 20 |
| GGT (U/L) | 44 ± 17 | 43 ± 21 | 35 ± 14 | 39 ± 17 | 40 ± 16 | 34 ± 12 | 38 ± 18 | 30 ± 18 |
| LDH (U/L) | 139 ± 28 | 156 ± 37 | 144 ± 27 | 143 ± 14 | 170 ± 44 | 155 ± 32 | 154 ± 16 | 171 ± 58 |
| Uric Acid (g/dl) | 6 ± 1.1 | 6 ± 1.3 | 5.5 ± 1.1 | 6.3 ± 1.2 | 7 ± .8 | 6.5 ± 1.5 | 6.5 ± 1.3 | 6 ± 1.2 |
| Glucose mg/dl | 92 ± 20 | 90 ± 7 | 92 ± 19 | 85 ± 18 | 93 ± 7.5 | 96 ± 7.7 | 84 ± 4 | 85 ± 8 |
| BUN (mg/dL) | 24 ± 6 | 20 ± 5 | 18 ± 5 | 18 ± 3 | 20 ± 4 | 26 ± 2 | 20 ± 5 | 15 ± 3 |
| Creatinine (mg/dl) | 1.2 ± .4 | 1.2 ± 0.2 | 1.2 ± 0.2 | .94 ± 0.2 | 1.2 ± 0.2 | 1.4 ± 0.2 | 1.4 ± 0.15 | 3.2 ± 4.9 |
| Ca (mg/dl) | 10 ± 1.3 | 9.7 ± 3.6 | 9.5 ± .29 | 9.6 ± 67 | 9.7 ± 0.33 | 9.9 ± .26 | 9.7 ± 42 | 9.4 ± 43 |
| Total protein g/dL | 7.9 ± 1.1 | 7.7 ± 0.5 | 7.9 ± 0.8 | 7.8 ± 0.6 | 7.6 ± 0.4 | 7.8 ± 0.4 | 7.88 ± 0.4 | 7.3 ± 0.6 |
| Albumin g/dL | 5.1 ± 0.58 | 4.9 ± 0.3 | 5.5 ± 1.1 | 5.5 ± 0.3 | 4.9 ± 0.2 | 5 ± 0.25 | 5 ± 0.27 | 4.8 ± 0.36 |
| Total bilirubin (mg/dl) | 0.8 ± 0.2 | 0.7 ± 0.0 | 1.4 ± 1.7 | 0.7 ± 0.4 | 0.7 ± 0.25 | 0.6 ± 0.4 | 0.9 ± 0.3 | 0.6 ± 0.3 |
| ALP (U/L) | 81 ± 22 | 77 ± 15 | 70 ± 13 | 74 ± 17 | 71 ± 16 | 67 ± 15 | 72 ± 18 | 69 ± 15 |
| AST (U/L) | 22 ± 5 | 27 ± 9 | 24 ± 6 | 24 ± 6 | 44 ± 22 | 35 ± 19 | 27 ± 7 | 27 ± 8 |
| ALT (U/L) | 38 ± 9 | 44 ± 13 | 31 ± 10 | 26 ± 9 | 41 ± 8 | 35 ± 12 | 28 ± 7 | 30 ± 6 |
| CK (U/L) | 183 ± 71 | 475 ± 630 | 214 ± 143 | 264 ± 266 | 179 ± 186 | 560 ± 541 | 180 ± 92 | 304 ± 251 |

HDL indicates high-density lipids; LDL, low-density lipids; GGT, ; LDH, ; BUN, ; Ca, ; ALP, ; AST, ; ALT, ; and CK, ■. No significant differences were observed between groups throughout the 11-wk study for serum clinical-chemistry variables ($P > 0.05$).

Aromatase Inhibitor and Steroid Hormones    103

**Table 6**  Urine Clinical Safety Markers for the Placebo and Novedex Groups During Weeks 0, 4, 8, and 11, Mean ± SD

| Week | Placebo | | | | Novedex | | | |
|---|---|---|---|---|---|---|---|---|
| | Week 0 | Week 4 | Week 8 | Week 11 | Week 0 | Week 4 | Week 8 | Week 11 |
| Glucose | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 |
| Ketones | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 |
| Blood | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 |
| Protein | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 |
| Nitrite | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 |
| Bilirubin | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 |
| Leukocytes | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 |
| Specific gravity | 1.02 ± 0.01 | 1.02 ± 0.01 | 1.01 ± 0.01 | 1.02 ± 0.01 | 1.02 ± 0.01 | 1.02 ± 0.01 | 1.02 ± 0.01 | 1.02 ± 0.01 |
| pH | 5.5 ± 0.76 | 5.6 ± 0.58 | 5.9 ± 0.90 | 5.4 ± 0.68 | 5.8 ± 1.13 | 5.8 ± 1.13 | 5.8 ± 1.13 | 5.8 ± 1.13 |
| Urobilinogen (E.U./dL) | 0.2 ± 0.0 | 0.2 ± 0.0 | 0.2 ± 0.0 | 0.2 ± 0.0 | 0.2 ± 0.0 | 0.2 ± 0.0 | 0.2 ± 0.0 | 0.2 ± 0.0 |
| Glucose | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 | 0 ± 0 |

Zeroes indicate the lack of detectable variable in the urine. No significant differences were observed between groups throughout the 11-wk study for urinary clinical-chemistry variables ($P > 0.05$).

Novedex XT supplementation to be an effective means of increasing endogenous testosterone production in healthy, young eugonadal men. Specifically, our results demonstrated that the Novedex group underwent significant decreases in fat mass and increases in total and free testosterone and DHT, with no changes in PSA levels and only modest corresponding nonsignificant increases in the 3 estrogen hormones over the course of the supplementation period. Our hypothesis was supported, however, on the premise that Novedex XT supplementation was well tolerated by all participants because they reported no side effects, and similar to previous studies using the AI anastrozole (16, 18), there were no significant changes observed in any of the clinical safety markers, indicating 8 wk of Novedex XT at 72 mg/d to be safe within the confines of the study's design (see Tables 2–4).

Testosterone and E2 do not completely circulate freely in the blood once produced, and both are almost 100% bound in blood to proteins, with 40% bound to albumin, 40% bound to SHBG, and 17% bound to other proteins (7). The small fraction of both hormones not bound is considered the free and bioactive component of the hormone, and the ratio between SHBG and total testosterone and E2 can be used to estimate the amount of unbound, bioactive hormone. Our results in the placebo group highlight this relationship; although we observed no changes in androgen or estrogen level we did observe free testosterone and the FEI to be significantly correlated at weeks 0 ($r = 0.904, P = 0.004$), 4 ($r = 0.954, P = 0.002$), 8 ($r = 0.986, P = 0.001$), and 11 ($r = 0.988, P = 0.001$). We also observed no changes in SHBG in the placebo group over the course of the 8-wk supplementation period; however, although not statistically significant ($P > 0.05$), there was an average 15% decrease in SHBG in the Novedex group. Because we observed significant increases in serum androgen levels for the Novedex group, our results are consistent with previous data demonstrating that an elevation in serum androgens decreases SHBG concentration (22).

The results of this study demonstrate that over the course of the 8-wk supplementation period no changes in serum androgens or estrogens were noted in the placebo group ($P > 0.05$). The Novedex group, however, had average increases of 283%, 625%, and 566% for total testosterone, free testosterone, and DHT ($P < 0.05$), respectively, and all 3 androgens returned to baseline levels after the 3-wk washout period. Furthermore, in the Novedex group we did not observe decreases in estrogen levels during the supplementation period but, rather, overall average nonsignificant ($P > 0.05$) increases of 27%, 24%, and 7%, respectively, for E1, E2, and E3. Novedex XT is marketed as a 4-hydroxyandrostenedione (4-OHA) steroidal AI structurally related to the natural substrate androsteneione■ that is metabolized to an intermediate and then irreversibly binds to the active site of the aromatase enzyme, thereby rendering it inactive. Although our data suggest Novedex XT to be effective in increasing endogenous testosterone levels, it does not appear to completely inhibit aromatase activity. In the presence of an AI, however, the levels of free testosterone and E2 are inversely typically proportionate to one another (17); therefore, our observed effectiveness of Novedex XT can be further supported by the overall average increase in the T:E of 438% we observed in the Novedex group that was significantly correlated with the levels of free testosterone at weeks 4 ($r = 0.806, P = 0.016$) and 8 ($r = 0.870, P = 0.013$).

Because E2 is a crucial mediator of hormonal feedback at the pituitary and hypothalamus in men, aromatase inhibition would be expected to promote pitu-

itary stimulation of testicular testosterone production (13). Novedex's effect on androgen production is likely directly mediated by the lack of significant increases in estrogen production. By Novedex XT partially blunting aromatase activity and E2's apparent negative feedback on the pituitary and hypothalamus, although not significant, the 9% increase in pituitary LH secretion might have been sufficient to trigger increases in endogenous testosterone production. Although it is apparent that Novedex XT effectively limited aromatase activity to cause significant increases in T:E, our data suggest an incomplete effect on lowering E2 levels. For example, at week 4 the Novedex group exhibited increases of 711% for free testosterone and 17% for E2, whereas free testosterone and E2 were increased 563% and 30%, respectively, at week 8 and were significantly correlated with one another ($r = 0.854$, $P = 0.007$).

There is an association between serum testosterone and DHT (12), and although androgen levels did not increase in the placebo group, we did observe total testosterone and DHT to be significantly correlated at weeks 0 ($r = 0.848$, $P = 0.004$), 4 ($r = 0.954$, $P = 0.001$), 8 ($r = 0.986$, $P = 0.001$), and 11 ($r = 0.988$, $P = 0.001$). Despite the large increase in DHT in the Novedex group over the course of the supplementation period, the levels of PSA did not change and remained within normal limits (Table 3), suggesting that the increases in DHT levels induced by Novedex XT were not associated with any concomitant increases in PSA. Moreover, the levels of DHT and total testosterone at weeks 4 ($r = 0.776$, $P = 0.024$) and 8 ($r = 0.812$, $P = 0.021$) were shown to be significantly correlated to one another, thereby suggesting a role of Novedex in up-regulating the $5\alpha$-reductase enzyme concomitant with the significant increase in total testosterone. Because DHT is a nonaromatizable androgen (16), however, and considering the supraphysiological levels of testosterone present at the 4- and 8-wk time points, it is conceivable that the apparent testosterone aromatization occurring was in part responsible for the observed elevations in E2.

It should be noted, however, that over the 8-wk supplementation period, the Novedex group underwent an overall nonsignificant increase of 42% in the FEI ($P > 0.05$), although the FEI was significantly correlated to E2 at weeks 0 ($r = 0.964$, $P = 0.001$), 4 ($r = 0.965$, $P = 0.001$), 8 ($r = 0.907$, $P = 0.002$), and 11 ($r = 0.910$, $P = 0.002$), thereby indicating that aromatase activity was not completely inhibited throughout the 8-wk period. The increase in the FEI was apparently overshadowed, however, by the robust significant increase in the T:E, which suggests that our observed changes in the T:E and FEI are likely a result of central feedback from the pituitary and hypothalamus, which we demonstrated to produce respective increases of 10% and 9% in FSH and LH, respectively. Although the increases in FSH and LH were modest and nonsignificant ($P > 0.05$), they could have been enough to cause the observed elevations in testosterone, thereby providing more substrate and blunting the effectiveness of Novedex XT. This assumption can be partially explained on the premise that E2 and FSH were significantly correlated at weeks 0 ($r = 0.937$, $P = 0.001$), 4 ($r = 0.926$, $P = 0.001$), 8 ($r = 0.964$, $P = 0.001$), and 11 ($r = 0.976$, $P = 0.001$). Therefore, our results might solidify this issue of pituitary and hypothalamic feedback relative to E2 and FSH, because we also demonstrated that the FEI and FSH were significantly correlated at weeks 0 ($r = 0.912$, $P = 0.002$), 4 ($r = 0.917$, $P = 0.001$), 8 ($r = 0.933$, $P = 0.001$), and 11 ($r = 0.907$, $P = 0.002$).

In men undergoing increases in endogenous testosterone concentrations, the serum testosterone level is a reasonable surrogate measure for potential muscle growth and increased strength (1) and can be a reasonable predictor of significant ergogenic effects. Because the Novedex group was shown to undergo marked increases in serum total- and free-testosterone levels in young, eugonadal men over the course of the 8-wk supplementation period, our data suggest that this type of AI nutritional supplement might effectively increase muscle mass. The fact that we failed to detect significant increases in fat-free mass could possibly be attributed to the relatively short duration of the supplementation period. Testosterone in supraphysiological blood concentrations increases muscle mass and strength in healthy, eugonadal men (1). It has previously been shown (16), however, that specific blockade of the aromatase enzyme with anastrozole for 10 wk did not have catabolic effects on protein metabolism, and it did not affect body composition or muscle strength; these data suggest that in light of the 50% suppression in E2, the reciprocal 58% elevation in circulating testosterone was not enough to mediate changes in protein kinetics, body composition, and muscle strength. Conversely, in young men 10 wk of severe hypogonadism induced by the GnRH analog lupron was associated with decreased rates of whole-body protein turnover and synthesis, decreased fat-free mass and fat oxidation, and increased adiposity, thereby supporting the role of androgens in maintaining normal body composition in men (14).

Unfortunately, in the present study we did not determine muscle strength or mass; however, we did assess body composition and found that Novedex XT had no effect on fat-free mass (an indirect indicator of muscle mass) but was effective at producing a modest but significant 3.5% decrease in fat mass when compared with placebo. This decrease in fat mass was further verified by an effect size of 0.60. Increased androgens associated with hypergonadism have been shown to stimulate lipolysis because of increases in the activity of hormone-sensitive lipase (10) and to also increase heat production in brown adipose tissue because of the increased expression of uncoupling protein-3 (5). On the other hand, hypogonadism is known to be associated with less-efficient fat oxidation and a concomitant decrease in the resting energy expenditure, which is the likely reason that this condition is associated with increases in adiposity and decreases in fat-free mass. Our results, however, suggest the contrary; in the placebo group we observed significant correlations at week 11 between E2 and percentage fat ($r = 0.858$, $P = 0.003$) and fat mass ($r = .770$, $P = 0.015$), whereas at week 11 in the Novedex group we observed a significant correlation between percentage fat and LSH ($P = 0.726$, $P = 0.041$) and fat mass and LSH at weeks 4 ($r = 0.839$, $P = 0.009$) and 11 ($r = 0.737$, $P = 0.037$).

E2 inhibits IGF-1 and might attenuate the circulating IGF-1 responses to GH (9), primarily based on the premise that estrogen might down-regulate hepatic GH receptors, alter the hypothopituitary–adrenal axis (HPTA), and impede tissue responsiveness to GH (16). In light of this, we were interested in determining the effects of Novedex XT supplementation on serum GH and cortisol. For the placebo and Novedex groups, we observed no changes in serum cortisol; although not significant, over the course of the supplementation period there was an average 45% decrease in serum GH in the Novedex group. Although we did not measure serum IGF-1, in the context of incomplete inhibition of aromatase activity with Novedex XT, it is plausible that the suppression in the HPTA and potential

GH-receptor down-regulation might have affected the hepatic release of IGF-1, thereby possibly negating any observable increases in fat-free mass. This assumption can be partly supported by previous data showing that complete E2 suppression with anastrozole had no effect on serum GH but decreased IGF-1 (16) and that a 38% suppression of E2 with exemestane had no effect on IGF-1 (15).

Although AI drugs such as anastrozole and exemestane are not new, AI nutritional supplements are relatively new to the fitness community. AI drugs have been used for years as a method of preventing and treating various types of cancer such as breast cancer. Although there are data available on AI-inhibiting drugs used in human clinical trials, currently there appear to be no published data on the effects of nutritional supplements that are alleged to function as aromatase inhibitors. The results of this study indicate that 8 wk of Novedex XT supplementation had no effect on PSA and other clinical safety markers but incompletely inhibited aromatase activity and significantly increased endogenous androgen levels that were attenuated after a 3-wk washout period. Our results also indicate that Novedex XT decreases fat mass; however, this effect does not appear to be correlated with the observed increase in endogenous androgen levels.

## Acknowledgments

This study was funded by Gaspari Nutrition, Neptune, NJ.

# References

1. Bhasin, S., T. Storer, N. Berman, N. Callegari, B. Clevenger, J. Phillips, T. Bunnell, R. Tricker, A. Shirazi, and R. Casaburi. The effects of supraphysiologic doses of testosterone on muscle size and strength in normal men. *N. Engl. J. Med.* 335(1):1-7, 1996.
2. Bhasin, S., T. Storer, N. Berman, K. Yarasheski, B. Clevenger, J. Phillips, W. Lee, T. Bunnell, and R. Casaburi. Testosterone replacement increases fat-free mass and muscle size in hypogonadal men. *J. Clin. Endocrinol. Metab.* 82(2):407-413, 1997.
3. Bross, R., R. Casaburi, T. Storer, and S. Bhasin. Androgen effects on body composition and muscle function: implications for the use of androgens as anabolic agents in sarcopenic states. *Baillieres Clin. Endocrinol. Metab.* 12(3):365-378, 1998.
4. Ferrando, A., K. Tipton, D. Doyle, S. Phillips, J. Cortiella, and R. Wolfe. Testosterone injection stimulates net protein synthesis but not tissue amino acid transport. *Am. J. Physiol.* 275(5 Pt 1):E864-E871, 1998.
5. Hampl, R., L. Starka, and L. Jansky. Steroids and thermogenesis. *Physiol. Res.* 55(2):123-131, 2006.
6. Hayes, F. Testosterone: fountain of youth or drug of abuse? *J. Clin. Endocrinol. Metab.* 85(9):3020-3023, 2000.■
7. Hayes, F., S. Seminara, S. Decruz, P. Boepple, W. Crowley. Aromatase inhibition in the human male reveals a hypothalamic site of estrogen feedback. *J. Clin. Endocrinol. Metab.* 85(9):3027-3035, 2000.
8. Herbst, K., and S. Bhasin. Testosterone action on skeletal muscle. *Curr. Opin. Clin. Nutr. Metab. Care.* 7(3):271-277, 2004.
9. Holloway, L., G. Butterfield, R. Hintz, N. Gesundheit, and R. Marcus. Effects of recombinant human growth hormone on metabolic indices, body composition, and bone turnover in healthy elderly women. *J. Clin. Endocrinol. Metab.* 79(2):470-479, 1994.
10. Hossian, A., and C. Hornick. Androgenic modulation of lipid metabolism at subcellular sites in cholestatic rats. *Horm. Metab. Res.* 26(1):19-25, 1994.

108    Willoughby et al.

11. Ismail, A., and J. Barth. Endocrinology of gynecomastia. *Ann. Clin. Biochem.* 38(6):597-607, 2001.

12. Jockenhovel, F., C. Bullmann, M. Schubert, E. Vogel, W. Reinhardt, D. Muller-Wieland, and W. Krone. Influence of various modes of androgen substitution on serum lipids and lipoproteins in hypogonadal men. *Metabolism.* 48(5):590-596, 1999.

13. Leder, B., J. Rohrer, S. Rubin, J. Gallo, and C. Longcope. Effects of aromatase inhibition in elderly men with low or borderline-low serum testosterone levels. *J. Clin. Endocrinol. Metab.* 89(3):1174-1180, 2004.

14. Mauras, N., V. Hayes, S. Welch, A. Rini, K. Helgeson, M. Dokler, J. Veldhuis, and R. Urban. Testosterone deficiency in young men: marked alterations in whole body protein kinetics, strength, and adiposity. *J. Clin. Endocrinol. Metab.* 83(6):1886-1892, 1998.

15. Mauras, N., J. Lima, D. Patel, A. Rini, E. diSalle, A. Kwok, and B. Lippe. Pharmacokinetics and dose finding of a potent aromatase inhibitor, aromasin (exemestane), in young males. *J. Clin. Endocrinol. Metab.* 88(12):5951-5956, 2003.

16. Mauras, N., K. O'Brien, K. Klein, and V. Hayes. Estrogen suppression in males: metabolic effects. *J. Clin. Endocrinol. Metab.* 85(7):2370-2377, 2000.

17. Orwoll, E., L. Lambert, L. Marshall, K. Phipps, J. Blank, E. Barrett-Connor, J. Cauley, K. Ensrud, and S. Cummings. Testosterone and estradiol among older men. *J. Clin. Endocrinol. Metab.* 91(4):1336-1344, 2006.

18. Plourde, P., E. Reiter, J. Hann-Chang, P. Descochers, S. Rubin, B. Bercu, F. Diamond, and B. Backeljauw. Safety and efficacy of anastrozole for the treatment of pubertal gynecomastia: a randomized, double-blind, placebo-controlled trial. *J. Clin. Endocrinol. Metab.* 89(9):4428-4433, 2004.

19. Simpson, E. Genetic mutations resulting in estrogen insufficiency in the male. *Mol. Cell. Endocrinol.* 145(1-2):55-59, 1998.

20. Snyder, P., H. Peachey, P. Hannoush, J. Berlin, L. Loh, D. Lenrow, J. Holmes, A. Dlewati, J. Santanna, C. Rosen, and B. Strom. Effect of testosterone treatment on body composition and muscle strength in men over 65 years of age. *J. Clin. Endocrinol. Metab.* 84(8):2647-2653, 1999.

21. Taxel, P., D. Kennedy, P. Fall, A. Willard, J. Clive, and L. Raisz. The effect of aromatase inhibition on sex steroids, gonadotropins, and markers of bone turnover in older men. *J. Clin. Endocrinol. Metab.* 86(6):2869-2874, 2001.

22. Zumoff, B., G. Strain, L. Miller, W. Rosner, R. Senie, D. Seres, and R. Rosenfeld. Plasma free and non-sex-hormone-binding-globulin-bound testosterone are decreased in obese men in proportion to their degree of obesity. *J. Clin. Endocrinol. Metab.* 71(4):929-931, 1990.